# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VIRAL STYLE, LLC,

       Plaintiff,

v.                                                                      Case No. _____

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

       Defendants.

_____/

# EXHIBIT A

# TO

# COMPLAINT



Sign Out

Shop By

Start Selling

# Terms of Service

Please read carefully before using the services offered by Viralstyle.com

Viralstyle provides users with an automated Internet-based service to design and sell t-shirts and other custom products. By using Viralstyle and its services in any capacity, you have agreed to the terms and conditions of this Agreement and agree to use the site and service solely as provided in this Agreement. For additional clarification on these Terms of Service, please refer to Viralstyle's Frequently Asked Questions section.

## User Agreement

By violating this User Agreement in any capacity, you are subject to an immediate removal of your campaign(s), possible forfeit of profit(s), and potential suspension or termination of your account.

Viral Style L.L.C. ("Viralstyle") provides its website and related services to you ("Seller" or "you") subject to this User Agreement (the "Agreement"), the Intellectual Property Complaint Policy, the Counter-Notice Policy, the Repeat Intellectual Property Complaint Policy, the Refund Policy, and the Privacy Policy (this Agreement and the foregoing policies collectively referred to as "Terms of Service"). All of the terms and obligations set forth in the foregoing policies are incorporated by reference.

**Arrangement between the Parties**
Subject to the terms and conditions of this Agreement, during the Term, Viralstyle shall manufacture and deliver on behalf of Seller, the merchandise as specified and arranged by Seller pursuant to this Agreement.

**Ordering and Delivery Procedure**
The ordering procedure with respect to the sale of merchandise shall be as agreed upon by the parties as provided on the website of Viralstyle. Unless otherwise expressly agreed by the parties in writing, Viralstyle shall select the method of shipment of and the carrier for the merchandise. Any time quoted for delivery is an estimate only; provided, however, that Viralstyle shall use commercially reasonable efforts to deliver all merchandise on or before the requested delivery date. No delay in the shipment or delivery of any merchandise relieves Seller of its obligations under this Agreement.

**Print Variance**
Product production is generated from the artwork uploaded and estimated positioning provided by the seller. Print size and exact location may vary based on the product size. Colors are best matched to the artwork provided. Viralstyle may substitute comparable products if stock becomes an issue. Exact print size, location, and colors are not guaranteed.

**Price and Payment**
Seller shall determine the price of the merchandise sold for each campaign, and Viralstyle shall retain from customer payment its determined base price as the cost of goods sold (including any additional expenses and fees Viralstyle determines necessary to

comply with the terms of this Agreement), and remit to Seller any amount in excess of such base price ("Seller Profits"). Any refunds, returns, and/or chargebacks related to these sales are subject to being deducted from Seller's current and future Seller Profits.

**Marketplace**

By allowing your campaign on the Viralstyle Marketplace, you are agreeing to allow Viralstyle to direct traffic to your campaign for a Marketplace Fee when a sale is produced by Viralstyle, which will be deducted from your Seller Profits. This also gives Viralstyle express permission to include your campaign in featured categories, emails, and any other marketing efforts, which is subject to the same Marketplace Fee. If your campaign is available on the Viralstyle Marketplace at any point during the life of the campaign, it becomes eligible for Affiliates to market your campaign with their Affiliate ID, all Affiliate sales are subject to Affiliate Fees. Once a campaign is available to Affiliates this cannot be revoked as long as the campaign is live, removal from the Viralstyle Marketplace does not remove Affiliate eligibility to that campaign. Viralstyle reserves the right to show or remove any campaign on the Viralstyle Marketplace at any time, for any reason.

**Seller Account and Security**

You are responsible for maintaining the confidentiality of your password and account credentials, if any, and are fully responsible for any and all activities that occur under your password or account. Please immediately notify Viralstyle of any unauthorized use of your password or account or any other breach of security. Viralstyle reserves the right to terminate accounts, campaigns, and/or payouts that are inactive or unclaimed for six (6) months or more.

**Seller Account Misuse**

If you repeatedly upload excessive amounts of data, engage in fraud or other illegal activity, fail to comply with the Terms of Service or any other Viralstyle policies, or otherwise use the service in an excessive or unreasonable way, Viralstyle may, in its sole discretion, cancel your campaigns, restrict or terminate your account, and/or withhold and disburse any proceeds associated with that account.

## By creating a campaign on the Viralstyle site:

1. You agree to accept and abide by Viralstyle's Terms of Service in their entirety.
2. With respect to any trademarks, service marks, or copyrights that you have licensed from the owner thereof (the "Licensed Rights"), you agree to comply with any restrictions or conditions imposed on the use of the Licensed Rights.
3. You agree that you are the owner, or licensee, of all rights associated with any created or uploaded artwork or text, including but not limited to, the trademarks and copyrights that may be associated with said material. If you are not the owner, you agree to provide Viralstyle with evidence of the permission given to you by the owner.
4. You agree that the description and title of the campaign do not, either in and of themselves or in addition to the text and images featured in the created merchandise, infringe upon the rights of any third party.
5. You understand and agree that Viralstyle reserves the right to remove any content that may be considered to promote hate, violence, racial intolerance, or the financial exploitation of a crime.
6. You understand and agree that Viralstyle may, in its sole discretion, release your contact information to a third party that satisfactorily alleges, pursuant to Viralstyle's Intellectual Property Complaint Policy below, unauthorized use of its intellectual property.
7. You understand and agree that Viralstyle reserves the right, in its sole discretion, to remove any content at anytime, without cause.
8. Upon receipt by Viralstyle of an allegation of infringement that comports with Viralstyle's Intellectual Property Complaint Policy, in Viralstyle's sole discretion, your campaign may be subject to immediate cancellation, possible forfeiture of any profits, and suspension or termination of your account with Viralstyle.
9. You agree not to provide untrue information in your campaign including, but not limited to: the amount of product for sale, the origin of production of the product, or the intended recipient of profits.
10. You agree not to solicit potential buyers through information posted in your campaign other than the purchase of the primary item(s). This includes raffles, chances to win, and other representations of additional opportunities beyond the sale of the primary item being sold.
11. You agree to defend, indemnify, and hold Viralstyle and its affiliates harmless from and against any and all claims, damages, costs, and expenses, including attorneys' fees, arising from or relating to your use of Viralstyle's site and services, your violation of this Agreement, or your violation of any rights of another.
12. You agree that Viralstyle is not responsible for any consequential, indirect, or any special damages, including, but not limited to, lost profits, associated with any action taken by Viralstyle pursuant to this Agreement or your use of the Viralstyle service.

**Intellectual Property Complaint Policy**

Viralstyle prohibit users from using the service to sell merchandise that infringes upon third party intellectual property rights (such as copyright, trademark, trade dress, and right of publicity).

Viralstyle will consider complaints of possible infringement only from parties that own, or have the exclusive right to exploit, said intellectual property. Viralstyle is not in a position to adjudicate disputes. If you believe a campaign contains content that is not authorized, upon receipt of the information enumerated below, Viralstyle will provide the campaign owner with your correspondence and contact information and direct the campaign owner to contact you within seven (7) days to resolve this dispute. If the campaign owner does not contact you, or if the issue is not resolved to your satisfaction, please let us know. In cases of an alleged infringement, in our sole discretion, Viralstyle may take down the campaign and refund all buyers, provided that the conditions, below, are satisfied.

If you believe that your intellectual property rights have been infringed upon by a Viralstyle user, please notify Viralstyle at legal@viralstyle.com. You must include within your notification the following information:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of the intellectual property that you allege is being infringed.
2. The URL to the Viralstyle campaign(s) used in connection with the sale of the allegedly infringing merchandise.
3. Identification of the copyright, trademark, or other rights that allegedly have been infringed, including proof of ownership (such as copies of existing trademark or copyright registrations).
4. Your full name, address, telephone number(s), and email address(es).
5. A statement that you have a good-faith belief that use of the material in the URL submitted is unauthorized by the rights owner, or its licensee, and such use amounts to infringement under federal or state law.
6. A statement, under penalty of perjury, that the information in the notification is complete and accurate and that you are authorized to act on behalf of the owner of the intellectual property or other right that is allegedly infringed.

## Counter-Notice Policy

If you believe that a claim of intellectual property infringement was filed by mistake or misidentification you may file a counter-notice. If you materially misrepresent in your counter-notice that your design is not infringing upon the intellectual property, you may be liable for damages to the intellectual property owner (including costs and attorney's fees). Therefore, if you are unsure whether or not the material infringes on the intellectual property, please contact an attorney before filing the counter-notice. The counter-notice should be submitted to legal@viralstyle.com and must include the following information:

1. Your physical or electronic signature;
2. Your full name, address, telephone number(s), and email address(es);
3. Identification of the material and its location before it was removed, either by URL to the Viralstyle campaign(s) used in connection with the sale of the allegedly infringing merchandise or Viralstyle campaign number;
4. A statement under penalty of perjury that the claim of intellectual property infringement that led to the removal or blockage of access to material was filed by mistake or misidentification;
5. Your consent to the jurisdiction of a federal court in the district where you live (if you are in the U.S.), or your consent to the jurisdiction of a federal court in the district where your service provider is located (if you are not in the U.S.); and
6. Your consent to accept service of process from the party who submitted the takedown notice or an agent of that party.

If you submit a counter-notice, a copy of the counter-notice may be sent to the complaining party informing the complaining party that Viralstyle may replace the removed material or cease disabling it in 10 business days. Unless the intellectual property owner files an action seeking a court order against you, the removed material may be replaced or access to it restored in 10 to 14 business days after receipt of the counter-notice.

## Repeat Intellectual Property Complaint Policy

If Viralstyle receives repeated notices that you have posted others' intellectual property without permission, Viralstyle may terminate your account. Viralstyle has a system for keeping track of repeat violators of intellectual property rights of others, and determining when to suspend or terminate your account.

Generally, when content is removed that you posted because the intellectual property owner of that content sent us a complete legal request to do so, you will get an intellectual property strike. If you receive three intellectual property strikes within a one-year period, your account will be suspended for a period of one month. If you receive four intellectual property strikes within a one-year period, your account will be suspended for a period of three months. If you receive five intellectual property strikes within a one-year period, your account will be suspended for a period of six months. If you receive six intellectual property strikes within a one-year period, your

account will be terminated.

If you submit a counter-notice in response to the intellectual property owner's notice and that counter-notice is not answered by the intellectual property owner, or if the dispute leads to legal proceedings that result in a court finding that you have not infringed the owner's intellectual property, Viralstyle will take away the strike that you were given for posting that content. Likewise, if the intellectual property owner retracts his or her notice, Viralstyle will take away the strike.

Viralstyle reserves the right to terminate accounts that act against the spirit of the Terms of Service, regardless of how many strikes are involved.

Viralstyle Respects the Prior, Legitimate Rights of the First to Publish a Campaign

Sometimes, later campaigns copy earlier campaigns that contain original artwork on our site. Our policy is that every original image or design uploaded onto Viralstyle is protected against exact duplication, or use in a confusingly similar (trademark) or substantially similar (copyright) manner.

Viralstyle will accept complaints and notification of possible infringement from customers that claim ownership of said original content from an earlier campaign.

Once notified, Viralstyle, in its discretion, may remedy any alleged infringement by removing unauthorized content. Alternatively, Viralstyle may notify the allegedly infringing party and provide a warning. Instances of further infractions can lead to possible suspension or termination of the allegedly infringing party's account.

For additional information regarding these policies, please reference Viralstyle's Frequently Asked Questions section.

If you see a campaign containing your original image or design and would like to report it to Viralstyle, contact us at legal@viralstyle.com with the following information:

1. The URL(s) used in connection with the sale of the allegedly infringing merchandise; and
2. The URL(s) of your campaign and date of first use.

## Withholding and Tax Matters

It is contemplated that the services and transactions described in this Agreement will not impose a withholding obligation upon Viralstyle under Section 1442 of the Internal Revenue Code, as amended (the "Code"). Notwithstanding the foregoing, in the event Viralstyle concludes that it has an obligation to withhold under Section 1442 of the Code (or other applicable law) with respect to Seller Profits, Viralstyle will withhold all applicable income tax from any payments or Seller Profits otherwise due to Seller.

Seller shall be solely responsible for payment of its own tax liabilities which may arise under the Agreement, and shall indemnify Viralstyle for any tax obligations, including for federal income tax withholding, which may arise as a result of this Agreement.

## Indemnification

Seller shall indemnify, defend and hold harmless Viralstyle and Viralstyle's affiliates, employees, officers, directors, and agents from and against all claims, demands, actions, suits, damages, liabilities, losses, settlements, costs and expenses (including attorneys' fees) which arise out of or relate to (i) any content submitted or posted by Seller, (ii) Seller's use of, or connection with, Viralstyle's website, (iii) Seller's violation of any of the terms of this Agreement or the Terms of Service, or (iv) Seller's violation of any rights of a third party. To secure Seller's prompt and complete payment and performance of any and all present and future indebtedness, obligations and liabilities of Seller to Viralstyle including with respect to any indemnification arising out of the Agreement or the Terms of Service, Seller hereby grants Viralstyle a security interest in all proceeds of the merchandise (including Seller Profits and insurance proceeds). Viralstyle shall be entitled to all applicable rights and remedies of a secured party under applicable law.

**IN NO EVENT SHALL VIRALSTYLE'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT OR THE TERMS OF SERVICE, WHETHER ARISING OUT OF OR RELATED TO BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, EXCEED THE AMOUNT OTHERWISE OWED TO SELLER AS SELLER PROFIT.**

## Miscellaneous Provisions

**Terms of Agreement Prevail Over Seller's Campaign Purchase Order**
The parties intend for the express terms and conditions contained in this Agreement (including any schedules and exhibits hereto), and the pricing terms as set forth for each campaign, to exclusively govern and control each of the parties' respective rights and obligations regarding the subject matter of this Agreement, and this Agreement is expressly limited to such terms and conditions. Any attempt to modify, supersede, supplement or otherwise alter this Agreement, will not modify this Agreement or be binding on the parties unless

such terms have been fully approved in a signed writing by both parties.

**Relationship of the Parties**

Nothing in this Agreement or the Terms of Service creates any agency, joint venture, partnership or other form of joint enterprise, employment or fiduciary relationship between the parties. Neither party has any express or implied right or authority to assume or create any obligations on behalf of or in the name of the other party or to bind the other party to any contract, agreement or undertaking with any third party.

**Entire Agreement**

This Agreement (and the Terms of Service) constitute the entire agreement of the parties with respect to the subject matter contained herein, and supersedes all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to such subject matter.

**Assignment**

Seller may not assign any of its rights or delegate any of its obligations under this Agreement without the prior written consent of Viralstyle. Viralstyle may assign any of its rights or delegate any of its obligations hereunder in Viralstyle's sole discretion.

**Severability**

If any term or provision of this Agreement (or the Terms of Service) is invalid, illegal or unenforceable in any jurisdiction, such invalidity, illegality or unenforceability does not affect any other term or provision of this Agreement (or the Terms of Service) or invalidate or render unenforceable such term or provision in any other jurisdiction.

**Governing Law; Venue**

This Agreement and the Terms of Service shall be governed by the laws of the State of Florida, without giving effect to the principles of conflicts of laws. Each party consents to the personal jurisdiction of the Federal, state, or local county courts located in Hillsborough County, Florida. Each party agrees that any such court shall have in personam jurisdiction over such party and consents to service of process by notice sent to the address set forth above and/or by any means authorized by law.

**Waiver of Jury Trial**

Each party waives any right it may have to a trial by jury in respect of any legal action arising out of or relating to this Agreement or the Terms of Service.

## Return Policy

Viralstyle works hard to ensure that all our campaigns are printed to high-quality standards & shipped on time and accurately. Viralstyle accepts returns and will issue a refund or replacement within 30 days of the end of the campaign or 10 days of the delivery (whichever is later) for any of the following reasons (with visual confirmation): The product itself is flawed; the quality of the printing is poor; or if the final product is materially different than the design presented in the campaign. If your purchase meets any of the criteria above, please contact Viralstyle at support@viralstyle.com.

**API Orders (3rd Party Applications)**

Any claims for misprinted/damaged/defective items must be submitted within 30 days of the receipt of the product. Claims found to be an error on our part will be eligible for refund or replacement at our expense.

## API (Shopify) Policy

**Overview**

All material on any Viralstyle API Applications (i.e. Shopify App) is the property of Viralstyle. All rights reserved. The information and images presented may not under any circumstances be reproduced or used without prior written permission. Seller may not use language that is threatening, abusive, vulgar, discourteous or criminal. Seller also may not post or transmit information or materials that would violate rights of any third party or which contains a virus or other harmful component. Viralstyle reserves the right to remove or edit any messages or material submitted by Sellers.

Viralstyle integrates all information, tools, and services through 3rd Party Platforms (i.e. Shopify) to benefit the Seller upon acceptance of all terms, conditions, policies, and notices herein. By accessing or using any part of the Viralstyle application and/or purchasing merchandise through Viralstyle, the Seller engages in Viralstyle service and agrees to be bound by the following Terms of Service. All of the terms and obligations set forth in the foregoing policies are incorporated by reference. These Terms of Service apply to all Sellers of the Viralstyle application, including without limitation: Users who are browsers, Viralstyle, customers, Sellers, and/or contributors of content.

If Seller does not agree to all terms and conditions of this agreement, Seller may not access the application and website, or utilize any

Viralstyle services.

Any and all new Viralstyle application features and/or tools added are subject to the current Terms of Service. The most current version of the Terms of Service is available at any time on this page. Viralstyle reserves the right to update, change or replace any part or part(s) of these Terms of Service by posting updates and/or changes to the company website. Viralstyle is not responsible for directly updating any Seller, or "3rd Party Customer" (or "Buyer"), of aforementioned updates. Continued use of, or access to, the Viralstyle Application following the posting of any service modifications constitutes acceptance of any updates to the Terms of Service. Viralstyle does not handle and is not responsible for any Seller services including payment processing, returns, refunds, or exchanges. Viralstyle is not responsible for Sellers customer service. This agreement is effective until terminated by either party. Seller may terminate this agreement at any time by discontinuing his/her use of the Viralstyle Application and destroying all materials obtained from it.

**Refunds / Returns / Exchanges**

Any claims for misprinted/damaged/defective items must be submitted by the 3rd Party Customer to Viralstyle via the 3rd Party Platform Seller within 30 days of receipt of the product. If the product itself is flawed; the quality of the printing is poor; or if the final product is materially different than the design presented on the Viralstyle Application, Viralstyle will reprint & reship the new product to the 3rd Party Customer at no additional charge. Viralstyle requires visual confirmation (photographic evidence) from the 3rd Party Customer to verify the claim. Viralstyle will not process any claims without visual confirmation.

If the 3rd Party Customer is not satisfied with his/her purchase, though there is no physical defect with the product, the Seller is responsible for handling the issue with the 3rd Party Customer directly if he/she wishes to do so. Viralstyle does not process or handle refunds, returns, reships or exchanges due to generalized dissatisfaction of Customers without defect.

The Seller is responsible for adding his/her business address to the Viralstyle application manually. If the Seller does not to add his/her business address and the product is returned to Viralstyle, Viralstyle is not responsible for the reshipment or refund of your production and/or shipping costs.

**Lost / Stolen**

Viralstyle does not guarantee domestic and/or international shipments nor handle returns or exchanges. Certain countries are considered "high risk" for issues such as lost or stolen and/or lost-in-transit shipments. Shipping Viralstyle products domestically & internationally are at the sole risk of the Seller. Viralstyle is not liable for shipments that do not deliver successfully.

International: Certain countries do not provide international tracking once the shipment has left the United States. If Seller experiences a lost or delayed shipment, Seller should ask the 3rd Party Customer to reach out to their local post office to inquire about which carrier UPS connects to in their country. Viralstyle is not responsible for providing a list of aforementioned countries nor contacting the third-party carrier on the Seller's or 3rd Party Customer's behalf.

**Printing & Production**

Viralstyle prohibits Sellers from using the service to sell merchandise that infringes upon third party intellectual property rights (such as copyright, trademark, trade dress, and right of publicity). Merchandise production is generated from the artwork and mock-up provided by the Seller (3rd Party Platform seller). Print size may vary based on the individual product size. Colors are best matched to the artwork, and Viralstyle may substitute comparable products if stock becomes an issue. Exact print size, location, and colors are not guaranteed. Seller is responsible for checking his/her "Action Required" tab within 3rd Party Platform and it is Seller's responsibility to take manual action if there is an address or payment issue. It is the sole responsibility of the Seller to rectify the issue manually before Viralstyle can continue with production. Viralstyle is not responsible for orders that are not processed due to these aforementioned issues.

These Services are operated and provided by Viral Style L.L.C. If you have any questions about these Terms, please contact Viralstyle at support@viralstyle.com.

*Updated 06/01/2017*

Company —

About Us

Blog

Career

Partner with us

For Sellers +

Help +

**Stay Connected**

($) United States






Copyright © 2021 ViralStyle. All rights reserved.

Privacy Policy | Terms of Service