## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VIRAL STYLE, LLC,

        Plaintiff,

v.                                           Case No. _____

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

        Defendants.

_____/

## EXHIBIT B

## TO

## COMPLAINT

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IRON MAIDEN HOLDINGS, LTD.,

    PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:20-cv-05251

**FILED UNDER SEAL**

## AMENDED COMPLAINT

Plaintiff, Iron Maiden Holdings, Ltd. ("Iron Maiden" or "Plaintiff"), by its undersigned counsel, hereby complains of the Partnerships and Unincorporated Associations identified on Schedule "A" attached hereto (collectively, "Defendants"), and for its Complaint hereby alleges as follows:

## INTRODUCTION

1.    This action has been filed to combat the online trademark and copyright infringement and counterfeiting of Defendants, who trade upon Plaintiff's valuable trademarks and copyrights by selling and/or offering for sale unauthorized, unauthentic, and counterfeit products in connection with Plaintiff's federally registered trademarks, as well as to stop and prevent Defendants' selling of unauthorized products that use, are based on, and/or are derived from copyrighted subject matter created by Iron Maiden (hereinafter referred to as "Counterfeit Iron Maiden Products" or the "Counterfeit Products").

2.    Plaintiff, Iron Maiden Holdings, Ltd., is the owner of the federally registered United States Trademark Registration Nos. 4,848,431; 3,840,031; 1,308,370; 1,307,146; and, 1,306,972

(collectively referred to as the "Iron Maiden Trademarks"). The Registrations are valid, subsisting, and in full force and effect. True and correct copies of the Registrations are attached hereto as Exhibit 1. Plaintiff is the owner of various U.S. Copyright Registrations, which have effective registration dates as early as 1980, and are attached hereto as Exhibit 2 (hereinafter referred to as "Iron Maiden Copyrights").

3.      In an effort to illegally and deceptively profit from the Iron Maiden Trademarks and Iron Maiden Copyrights, Defendants created numerous e-commerce stores and online marketplace accounts (collectively referred to as "Defendant Internet Stores" or "Seller Aliases"), intentionally designed in look, feeling, and suggestion to give the impression to consumers that they are legitimate websites selling products authorized by Iron Maiden (hereinafter referred to as "Iron Maiden Products"), with Defendants' ultimate intention being to deceive unknowing consumers into purchasing Counterfeit Iron Maiden Products.

4.      Defendant Internet Stores share numerous unique identifiers, such as design elements and similarities of the unauthorized products offered for sale, establishing a logical relationship between Defendants, and suggesting that Defendants' illegal operations arise out of the same transaction, occurrence, or series of transactions or occurrences. Defendants attempt to avoid liability by going to great lengths to conceal both their identities and the full scope and interworking of their illegal operation.

5.      Plaintiff is forced to file this action to combat Defendants' ongoing infringement of Plaintiff's Iron Maiden Trademarks and Iron Maiden Copyrights (collectively referred to as "Iron Maiden Intellectual Property" or "Iron Maiden IP"). Plaintiff has been and continues to be irreparably damaged through consumer confusion, dilution, loss of control over the creative content, and tarnishment of its valuable trademarks and copyrights as a result of Defendants' actions, and is thus seeking injunctive and monetary relief.

## JURISDICTION AND VENUE

6.      This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051 *et seq.*, the Federal Copyright Act, 17 U.S.C. § 101, *et seq.*, 28 U.S.C. § 1338(a)–(b), and 28 U.S.C. § 1331. This Court has jurisdiction over the claims in this action that arise under the laws of the State of Illinois pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

7.      This Court has personal jurisdiction over each Defendant, in that each Defendant conducts significant business in Illinois and in this Judicial District, and the acts and events giving rise to this lawsuit, of which each Defendant stands accused, were undertaken in Illinois and within this Judicial District.

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391, since each Defendant directly targets consumers in the United States, including Illinois, through the fully interactive, commercial Internet stores operating under the Defendant Seller Aliases identified in Schedule "A." Each of the Defendants has targeted sales from Illinois residents by operating online stores that offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, has sold, and continues to sell counterfeit products that infringe Plaintiff's trademarks and/or copyrights. Each Defendant is committing tortious acts, is engaging in interstate commerce, and has wrongfully caused substantial injury in the State of Illinois.

## THE PLAINTIFF

9.      Iron Maiden Holding, Ltd. is a company having its principal place of business in the United Kingdom. It is associated with Iron Maiden, an English metal band formed in Leyton, East London, in 1975, by bassist and primary songwriter Steve Harris. Iron Maiden Holding, Ltd. is in the business of creating, developing, marketing, and licensing Iron Maiden Products, including albums, recordings, apparel, and memorabilia.

10.     The success of the Iron Maiden Products is due in large part to the marketing, promotional, and distribution efforts of Iron Maiden. These efforts include advertising and promotion through ironmaiden.com, and other retailer websites, and are conducted through internet-based advertising, print, and other efforts both in the United States and internationally.

11.     Iron Maiden Holdings, Ltd. is the licensor of all Iron Maiden Products available in stores and on various e-commerce platforms, as for example, on ironmaiden.com:



https://ironmaiden.com/online-shop

12.     The Iron Maiden Trademarks have been used exclusively by Iron Maiden, and have never been abandoned. The Trademark Registrations are valid, subsisting, and in full force and effect. The registrations of the Iron Maiden Trademarks constitute prima facie evidence of their validity and of Iron Maiden's exclusive right to use the Iron Maiden Trademarks pursuant to 15 U.S.C. § 1057(b).

13.     Iron Maiden has invested substantial time, money, and effort in building up and developing consumer recognition, awareness, and goodwill in the Iron Maiden Products.

14.     The success of the Iron Maiden Brand is also due to the use of high-quality materials and processes in making the Iron Maiden Products.

15.     Additionally, Iron Maiden owes a substantial amount of the success of the Iron Maiden Products to its licensees, consumers, and interest that its consumers have generated.

16.     As a result of the efforts of Iron Maiden, the quality of its Iron Maiden Products, the promotional efforts for its products and designs, press and media coverage, and widespread marketing, members of the public have become familiar with the Iron Maiden Products, Iron Maiden Copyrights, and Iron Maiden Trademarks, and associate them exclusively with Iron Maiden.

17.     Iron Maiden Holdings, Ltd. has made efforts to protect its interests in and to the Iron Maiden Intellectual Property. Iron Maiden Holdings, Ltd. and its licensees are the only businesses and/or individuals authorized to manufacture, import, export, advertise, offer for sale, or sell any goods utilizing the Iron Maiden Copyrights and/or Iron Maiden Trademarks, without the express written permission of Iron Maiden Holdings, Ltd.. Plaintiff has not licensed or authorized Defendants to use the Iron Maiden Trademarks and Copyrights.

## THE DEFENDANTS

18.     Defendants are individuals and business entities who, upon information and belief, reside in the People's Republic of China or other foreign jurisdictions. Defendants conduct business throughout the United States, including Illinois, and within this Judicial District, through the operation of fully interactive commercial websites and online marketplaces. Each Defendant targets the United States, including Illinois, and has offered to sell and, on information and belief, has sold and continues to sell Counterfeit Iron Maiden Products.

## THE DEFENDANTS' UNLAWFUL CONDUCT

19.     The success and widespread popularity and recognition of the Iron Maiden Brand and Iron Maiden Products has resulted in significant counterfeiting and intentional copying. Plaintiff has identified numerous domain names linked to fully interactive websites and marketplace listings on platforms such as eBay, Amazon, Wish, and AliExpress, including the Defendant Internet Stores, which are offering for sale, selling, and importing counterfeit Iron Maiden Products to consumers in this Judicial District and throughout the United States. Internet websites like the Defendant Internet Stores are estimated to receive tens of millions of visits per year and to generate over $135 billion in annual online sales. According to an intellectual property rights seizures statistics report issued by Homeland Security, the manufacturer's suggested retail price (MSRP) of goods seized by the U.S. government in the fiscal year 2013 was over $1.74 billion, up from $1.26 billion in 2012. Internet websites like the Defendant Internet Stores are also estimated to contribute to tens of thousands of lost jobs for legitimate businesses and broader economic damages such as lost tax revenue every year.

20.     As recently addressed in the Wall Street Journal, Fortune, and the New York Times, and as reflected in the federal lawsuits filed against sellers offering for sale and selling infringing and/or counterfeit products on the above mentioned digital marketplaces, an astronomical number of counterfeit and infringing products are offered for sale and sold on these digital marketplaces at a rampant rate. *See* Kathy Chu, *Luxury brands get tougher with counterfeiters – and Alibaba*, MARKETWATCH (Aug. 16, 2016), http://www.marketwatch.com/story/luxury-brands-get-tough-with-counterfeiters-2016-08-16-91031611; Gilian Wong, *Alibaba Sued Over Alleged Counterfeits*, WALL STREET JOURNAL (May 17, 2015), http://www.wsj.com/articles/alibaba-sued-over-alleged-counterfeits-1431877734; Scott Cendrowski, *There's no end in sight for Alibaba's counterfeit problem*, FORTUNE (May 18, 2015), http://fortune.com/2015/05/18/theres-no-end- in-sight-for-alibabas-counterfeit-problem/.

21.      Upon information and belief, Defendants facilitate sales by designing the Internet Stores to appear to unknowing consumers to be authorized online retailers, outlet stores, or wholesalers selling genuine Iron Maiden Products through the use of Iron Maiden Intellectual Property. Defendant Internet Stores look sophisticated and perpetuate an illusion of legitimacy – they accept payment in U.S. dollars via credit cards, Western Union, and PayPal; they often include images and design elements that make it difficult for consumers to distinguish these unauthorized sites from an authorized website; they offer "live 24/7" customer service; and, they use indicia of authenticity and security that consumers have come to associate with authorized retailers, including the McAfee® Security, VeriSign®, Visa®, MasterCard®, and PayPal® logos.

22.      Upon information and belief, Defendants also deceive unknowing consumers by using the Iron Maiden Trademarks without authorization within the content, text, and/or meta tags of their websites, in order to attract and manipulate search engines into identifying Defendant Internet Stores as legitimate websites for Iron Maiden Products. Defendants also employ other unauthorized search engine optimization ("SEO") tactics and social media spamming so that Defendant Internet Stores show up at or near the top of relevant search results, including tactics to propel new domain names to the top of search results after others are shut down. These tactics are meant to, and are successful in, misdirecting consumers who are searching for genuine Iron Maiden Products.

23.      Upon information and belief, Defendants operate in a collective and organized manner, often monitor trademark infringement litigation alert websites, are in continuous and active concert with oneanother, are in frequent communication with each other – utilizing online chat platforms and groups, and use these collective efforts in an attempt to avoid liability and intellectual property enforcement efforts. Furthermore, there is a substantial evidentiary overlap in Defendants' behavior, conduct, and individual acts of infringement, thus constituting a collective enterprise.

24.     Defendants go to great lengths to conceal their identities and often use multiple fictitious names and addresses to register and operate their massive network of Defendant Internet Stores. For example, many of Defendants' names and physical addresses used to register the online marketplaces are incomplete, contain randomly typed letters, or fail to include cities or states. Other Defendants use privacy services that conceal the owners' identity and contact information. Upon information and belief, Defendants regularly create new websites and online marketplace accounts on various platforms using the Seller Aliases listed in Schedule "A" of the Complaint, as well as other unknown fictitious names and addresses. Such registration patterns are one of many common tactics used by Defendants to conceal their identities, the full scope and interworking of their massive infringing operation, and to avoid being shut down.

25.     Even though Defendants operate under multiple fictitious names, there are numerous similarities among the Defendant Internet Stores, including, but by no means limited to: (1) virtually identical layouts, even though different aliases were used to register the respective domain names; (2) similarities of the unauthorized and/or counterfeit Iron Maiden Products, and indicia of being related to one another, suggesting that the illegal products were manufactured by and come from a common source and that, upon information and belief, Defendants are interrelated; and, (3) other notable common features such as use of the same domain name registration patterns, unique shopping cart platforms, accepted payment methods, check-out methods, meta data, illegitimate SEO tactics, HTML user-defined variables, domain redirection, lack of contact information, identically or similarly priced items and volume sales discounts, similar hosting services, similar name servers, and the use of the same text and images.

26.     Further, illegal operators, like Defendants, typically operate multiple credit card merchant accounts and third-party payment processor accounts, such as PayPal accounts, behind layers of payment gateways so they can continue operation in spite of any enforcement efforts. Upon

information and belief, and as PayPal transaction logs in previous similar cases have shown, Defendants maintain off-shore bank accounts and regularly move funds from their PayPal accounts to off-shore bank accounts outside the jurisdiction of this Court.

27.     Defendants, without any authorization or license, have knowingly and willfully infringed the Iron Maiden Trademarks and Copyrights in connection with the advertisement, distribution, offering for sale, and sale of illegal, infringing, and counterfeit products. Each Defendant offers to ship to the United States, including Illinois, and, on information and belief, each Defendant has offered to sell, or has already sold, infringing products therein.

28.     In committing these acts, Defendants have, among other things, willfully and in bad faith committed the following, all of which have and, unless enjoined, will continue to cause irreparable harm to Iron Maiden: created, manufactured, sold, and/or offered to sell counterfeit products and/or products which infringe upon the Iron Maiden Intellectual Property; used the Iron Maiden IP in an unauthorized manner in order to sell, advertise, describe, mislead, disceive, and trade upon the Iron Maiden brand; engaged in unfair competition; and, unfairly and unjustly profited from such activities at the expense of the Plaintiff.

## <u>COUNT I</u>
## <u>TRADEMARK INFRINGEMENT AND COUNTERFEITING (15 U.S.C. § 1114)</u>

29.     Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

30.     This is a trademark infringement action against Defendants, based on their unauthorized use in commerce of counterfeit imitations of Plaintiff's Trademarks in connection with the sale, offering for sale, distribution, and/or advertising of infringing goods.

31.     Without the authorization or consent of Iron Maiden, and with knowledge of Iron Maiden's well-known ownership rights in its Iron Maiden Trademarks, and with knowledge that

Defendants' Counterfeit Products bear counterfeit marks, Defendants intentionally reproduced, copied, and/or colorably imitated the Iron Maiden Trademarks and/or used spurious designations that are identical with, or substantially indistinguishable from, the Iron Maiden Trademarks on or in connection with the manufacturing, import, export, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Counterfeit Products.

32.     Defendants have manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale, and/or sold their Counterfeit Products to the purchasing public in direct competition with Iron Maiden, in or affecting interstate commerce, and have acted with reckless disregard of Plaintiff's rights in and to the Iron Maiden Trademarks through their participation in such activities.

33.     Defendants have applied their reproductions, counterfeits, copies, and colorable imitations of the Iron Maiden Trademarks to packaging, point-of-purchase materials, promotions, and/or advertisements intended to be used in commerce upon, or in connection with, the manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, and/or selling of Defendants' Counterfeit Products, which is likely to cause confusion, mistake, and deception among the general purchasing public as to the origin of the Counterfeit Products, and is likely to deceive consumers, the public, and the trade into believing that the Counterfeit Products sold by Defendants originate from, are associated with, or are otherwise authorized by Iron Maiden Holdings, Ltd., through which Defendants make substantial profits and gains to which they are not entitled in law or equity.

34.     Defendants' unauthorized use of the Iron Maiden Trademarks on or in connection with the Counterfeit Products was done with notice and full knowledge that such use was not authorized or licensed by Iron Maiden Holdings, Ltd., and with deliberate intent to unfairly benefit from the incalculable goodwill inherent in the Iron Maiden Trademarks.

35.     Defendants' actions constitute willful counterfeiting of the Iron Maiden Trademarks in violation of 15 U.S.C. §§ 1114(1)(a)-(b), 1116(d), and 1117(b)-(c).

36.     Defendants' continued intentional use of the Iron Maiden Trademarks without the consent or authorization of Iron Maiden Holdings, Ltd., constitutes intentional infringement of Iron Maiden Holdings, Ltd.'s federally registered Iron Maiden Trademarks in violation of §32 of the Lanham Act, 15 U.S.C. § 1114.

37.     As a direct and proximate result of Defendants' illegal actions alleged herein, Defendants have caused substantial monetary loss, irreparable injury, and damage to Iron Maiden Holdings, Ltd., its business, its reputation, and its valuable rights in and to the Iron Maiden Trademarks and the goodwill associated therewith, in an amount as yet unknown. Iron Maiden Holdings, Ltd. has no adequate remedy at law for this injury, and unless immediately enjoined, Defendants will continue to cause such substantial and irreparable injury, loss, and damage to Iron Maiden Holdings, Ltd. and its valuable Iron Maiden Trademarks.

38.     Based on Defendants' actions as alleged herein, Iron Maiden Holdings, Ltd. is entitled to injunctive relief, damages for the irreparable harm that Iron Maiden Holdings, Ltd. has sustained, and will sustain, as a result of Defendants' unlawful and infringing actions, as well as all gains, profits, and advantages obtained by Defendants as a result thereof, enhanced discretionary damages, treble damages, and/or statutory damages of up to $2,000,000 per-counterfeit mark per-type of goods sold, offered for sale, or distributed, and reasonable attorneys' fees and costs.

## COUNT II
### FALSE DESIGNATION OF ORIGIN, PASSING OFF, & UNFAIR COMPETITION
### (15 U.S.C. § 1125(a)/LANHAM ACT § 43(a))

39.     Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

40.     Plaintiff, as the owner of all right, title, and interest in and to the Iron Maiden Trademarks has standing to maintain an action for false designation of origin and unfair competition under the Federal Trademark Statute, Lanham Act § 43(a) (15 U.S.C. § 1125).

41.     Plaintiff's Trademarks are inherently distinctive and are registered with the United States Patent and Trademark Office on the Principal Register; the Iron Maiden Trademarks have been continuously used and have never been abandoned; the registrations for the Iron Maiden Trademarks are valid, subsisting, and in full force and effect; and many are incontestable pursuant to 15 U.S.C. § 1065.

42.     Defendants' promotion, marketing, offering for sale, and sale of Counterfeit Iron Maiden Products has created and continues to create a likelihood of confusion, mistake, and deception among the public as to the affiliation, connection, or association with Plaintiff or as to the origin, sponsorship, or approval of Defendants' infringing products by Plaintiff.

43.     By using the Iron Maiden Trademarks in connection with the sale of unauthorized products, Defendants create a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the unauthorized products.

44.     Defendants' false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the unauthorized products to the general public is a willful violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

45.     Upon information and belief, Defendants' aforementioned wrongful actions have been knowing, deliberate, willful, and intended to cause confusion, to cause mistake, and to deceive the purchasing public, with the intent to trade on the goodwill and reputation of Iron Maiden Holdings, Ltd., its Iron Maiden Products, and Iron Maiden Trademarks.

46.     As a direct and proximate result of Defendants' aforementioned actions, Defendants have caused irreparable injury to Iron Maiden Holdings, Ltd. by depriving Plaintiff of sales of its Iron

Maiden Products and by depriving Iron Maiden Holdings, Ltd. of the value of its Iron Maiden Trademarks as commercial assets in an amount as yet unknown.

47.     Plaintiff has no adequate remedy at law and, if Defendants' actions are not enjoined, Plaintiff will continue to suffer irreparable harm to its reputation and the goodwill of its brand.

## COUNT III
## VIOLATION OF ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT
### (815 ILCS § 510, *et seq.*)

48.     Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

49.     Defendants have engaged in acts violating Illinois law, including, but not limited to, passing off their unauthorized products as those of Plaintiff, causing a likelihood of confusion and/or misunderstanding as to the source of Defendants' goods, thus causing a likelihood of confusion and/or misunderstanding as to an affiliation, connection, or association with genuine Iron Maiden Products, through Defendants' representation that Defendants' Counterfeit Products have Plaintiff's approval, when they do not.

50.     The foregoing Defendants' acts constitute a willful violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.*.

51.     Plaintiff has no adequate remedy at law, and Defendants' conduct has caused Plaintiff to suffer damage to its reputation and goodwill. Unless enjoined by the Court, Plaintiff will suffer future irreparable harm as a direct result of Defendants' unlawful activities.

## COUNT IV
## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501(a))

52.     Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

53.     The Iron Maiden Copyrights are the subject of multiple valid copyright registrations.

14

54.     Plaintiff, at all relevant times, has been the holder of the copyright registrations and exclusive rights of and belonging to Iron Maiden Holdings, Ltd., including but not limited to the Iron Maiden Copyrights and derivative works.

55.     These copyrights have significant value and have been produced and created at considerable expense.

56.     The trademarked and copyrighted products include a copyright notice advising the general public that the Iron Maiden Products are protected by the Copyright Laws of the United States.

57.     Upon information and belief, Defendants had access to the copyrighted work through Plaintiff's normal business activities. After accessing Plaintiff's work, Defendants wrongfully created copies of the copyrighted work without Plaintiff's consent, and engaged in, and continue to engage in acts of widespread infringement.

58.     Iron Maiden Holdings, Ltd. is informed, and thereon alleges, that Defendants further infringed Iron Maiden Copyrights by making, or causing to be made, derivative works by producing and distributing unauthorized reproductions of the Iron Maiden Copyrights, without permission of Iron Maiden Holdings, Ltd..

59.     Each Defendant, without the permission or consent of the Plaintiff, has sold, and continues to sell, online infringing derivative works of Plaintiff's Copyrights. Each Defendant has violated Plaintiff's exclusive rights of reproduction and distribution. Each Defendant's actions constitute an infringement of Plaintiff's exclusive rights protected under the Copyright Act (17 U.S.C. §101 *et seq*.).

60.     Further, as a direct result of the Defendants' acts of copyright infringement, Defendants have obtained profits they would not have otherwise realized but for their infringement

of Plaintiff's Copyrights. Iron Maiden Holdings, Ltd. is entitled to disgorgement of Defendants' profits, directly and indirectly, attributable to said infringement.

61.     As a result of each Defendant's infringement of Plaintiff's exclusive rights under U.S. Copyright Law, Plaintiff is entitled to relief pursuant to 17 U.S.C. §504.

62.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured monetarily. Plaintiff has no adequate remedy at law. As such, pursuant to 17 U.S.C. §§502 and 503, Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's Copyrights, and ordering that each Defendant destroy all unauthorized and/or infringing copies and reproductions of Plaintiff's copyrighted works. Defendants' copies, plates, and other embodiments of the copyrighted work from which copies can be reproduced should be impounded and forfeited to Iron Maiden Holdings, Ltd. as instruments of infringement, under 17 U.S.C §503.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1) That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

   a.  using the Iron Maiden Trademarks or any reproductions, copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not an authorized Iron Maiden Product, or is not authorized by Plaintiff to be sold in connection with the Iron Maiden Trademarks or Iron Maiden Copyrights;

b.   passing off, inducing, or enabling others to sell or pass off any product not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Iron Maiden Trademarks or Iron Maiden Copyrights;

c.   shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not authorized by Plaintiff to be sold or offered for sale, and which bear the Iron Maiden Trademarks, or which are derived from the Iron Maiden Copyrights;

d.   further infringing the Iron Maiden Trademarks and damaging Plaintiff's goodwill;

e.   using, linking to, transferring, selling, exercising control over, or otherwise owning the the Defendant Internet Stores, Defendant product listings, or any other domain name or online marketplace account that is being used to sell products or inventory not authorized by Plaintiff which bear the Iron Maiden Trademarks or which are derived from Plaintiff's Iron Maiden Copyrights;

f.   operating and/or hosting the Defendant Internet Stores, and any other domain names registered to or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of products or inventory not authorized by Plaintiff which bear the Iron Maiden Trademarks, or which are derived from Plaintiff's Iron Maiden Copyrights;

2)   Entry of an Order that, upon Plaintiff's request, those in privity with Defendants and those with notice of the injunction, including any online marketplaces and payment processors, such as eBay, Amazon, Wish, iOffer, and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn,

Twitter, Internet search engines such as Google, Bing, and Yahoo, web hosts for the Defendant Internet Stores, and domain name registrars, shall:

    a.  disable and cease providing services for any accounts through which Defendants engage in the sale of products unauthorized by Plaintiff bearing the Iron Maiden Trademarks, including any accounts associated with the Defendants listed on Schedule "A";

    b.  disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of products not authorized by Plaintiff which bear the Iron Maiden Trademarks, or which are derived from Plaintiff's Iron Maiden Copyrights; and,

    c.  take all steps necessary to prevent links to the Defendant Internet Stores identified on Schedule "A" from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

    3)  That Defendants account for, and pay to, Plaintiff all profits realized by Defendants by reason of Defendants' unlawful acts herein alleged;

    4)  For Judgment in favor of Plaintiff against Defendants that they have willfully infringed Plaintiff's rights in its federally registered Trademarks, pursuant to 15 U.S.C. § 1114;

    5)  That Plaintiff be awarded actual damages, statutory damages, and/or other available damages, at the election of Plaintiff; and that the amount of damages for infringement are increased by a sum not to exceed three times the amount thereof as provided by 15 U.S.C. § 1117;

    6)  For Judgment in favor of Plaintiff against Defendants that they have: a) willfully infringed Plaintiff's rights in its federally registered copyrights pursuant to 17 U.S.C. §501; and, b) otherwise injured the business reputation and business of Plaintiff by Defendants' acts and conduct set forth in this Complaint;

7) That Plaintiff be awarded actual damages, statutory damages, and/or other available damages pursuant to 17 U.S.C. §504, at the election of Plaintiff;

8) That Plaintiff be awarded its reasonable attorneys' fees and costs; and,

9) Any and all other relief that this Court deems just and proper.

DATED: September 4, 2020                Respectfully submitted,

                                          */s/ Ann Marie Sullivan*
                                          Ann Marie Sullivan
                                          Alison Carter
                                          AM Sullivan Law, LLC
                                          1440 W. Taylor St., Suite 515
                                          Chicago, Illinois 60607
                                          Telephone: 224-258-9378
                                          E-mail:  ams@amsullivanlaw.com

                                        ***ATTORNEYS FOR PLAINTIFF***

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IRON MAIDEN HOLDINGS, LTD.,

       PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

       DEFENDANTS.

CASE NO.: 1:20-cv-05251

**FILED UNDER SEAL**

# EXHIBIT 1 TO THE COMPLAINT

IRON MAIDEN HOLDINGS, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                        **TRADEMARK REGISTRATION**



# IRON MAIDEN

**Reg. No. 4,848,431**          IRON MAIDEN HOLDINGS LIMITED (UNITED KINGDOM LIMITED COMPANY)
                                BRIDLE HOUSE
**Registered Nov. 10, 2015**    36 BRIDLE LANE LONDON W1F 9BZ
                                UNITED KINGDOM
**Int. Cls.: 32 and 33**
                                FOR: BEERS; FRUIT BEVERAGES AND FRUIT JUICES, IN CLASS 32 (U.S. CLS. 45, 46 AND
                                48).
**TRADEMARK**
                                FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS AND WINE, IN CLASS 33 (U.S. CLS. 47
**PRINCIPAL REGISTER**          AND 49).

                                THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
                                TICULAR FONT, STYLE, SIZE, OR COLOR.

                                PRIORITY DATE OF 3-13-2014 IS CLAIMED.

                                OWNER OF INTERNATIONAL REGISTRATION 1219616 DATED 8-13-2014, EXPIRES 8-13-
                                2024.

                                OWNER OF U.S. REG. NOS. 1,306,972, 1,308,370 AND OTHERS.

                                SER. NO. 79-153,500, FILED 8-13-2014.

                                HEATHER SAPP, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

1

IRON MAIDEN HOLDINGS, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                        **TRADEMARK REGISTRATION**



# IRON MAIDEN

**Reg. No. 3,840,031**

**Registered Aug. 31, 2010**

**Int. Cls.: 9, 14, 16, 18, 21, 24, 25, 26, 28, 35 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

IRON MAIDEN HOLDINGS LIMITED (UNITED KINGDOM CORPORATION)
BRIDLE HOUSE 36 BRIDLE LANE
LONDON W1F 9BZ, UNITED KINGDOM

FOR: MUSICAL SOUND RECORDINGS; MUSICAL VIDEO AND AUDIO RECORDINGS; DIGITAL MUSIC DOWNLOADABLE FROM THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1980; IN COMMERCE 0-0-1980.

FOR: JEWELRY; WATCHES; RINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1980; IN COMMERCE 0-0-1982.

FOR: POSTERS; SOUVENIR CONCERT PROGRAMS; TOUR BOOKS RELATING TO MUSICAL PERFORMANCES; STICKERS; CALENDARS; PHOTOGRAPHS; DECALS; NOTEBOOKS; PENS; WRAPPING PAPER; BINDERS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-11-1980; IN COMMERCE 7-11-1980.

FOR: BACKPACKS; HANDBAGS; WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

FOR: BEVERAGE WARE; BOTTLE OPENERS; PORTABLE BEVERAGE COOLERS; BARWARE, NAMELY, GOBLETS, TANKARDS; COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN; CANDLE HOLDERS; CANDLESTICKS; FLASKS; MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: BANNERS AND FLAGS OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

FOR: CLOTHING, NAMELY, T-SHIRTS, TANK TOPS, LONG SLEEVE SHIRTS, SHORTS, JERSEYS, SWEATSHIRTS, SWEATPANTS, PANTS, JACKETS; HATS; LEATHER WRIST BANDS; SCARVES; SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-11-1980; IN COMMERCE 7-11-1980.

*David J. Kappos*

Director of the United States Patent and Trademark Office

2

IRON MAIDEN HOLDINGS, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                           **TRADEMARK REGISTRATION**

**Reg. No. 3,840,031**    FOR: ORNAMENTAL NOVELTY PINS; CLOTH PATCHES FOR CLOTHING; SHOELACES; BELT BUCKLES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

FOR: TOY PLANES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-2008; IN COMMERCE 0-0-2008.

FOR: ON-LINE ORDERING IN THE FIELD OF A VARIETY OF MERCHANDISE, NAMELY, COMPACT DISCS, DVDS, VIDEO CASSETTES, CLOTHING, SHOES, HOUSE WARES, POSTERS, DOWNLOADABLE RINGTONES, CANVAS PRINTS; PROVIDING A WEB SITE FEATURING SALES INFORMATION REGARDING A WIDE VARIETY OF MERCHANDISE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-2003; IN COMMERCE 0-0-2003.

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL ENTERTAINMENT PER-FORMANCES RENDERED BY A VOCAL AND INSTRUMENTAL GROUP; PROVIDING A WEB SITE FEATURING INFORMATION RELATING TO LIVE PERFORMANCES; PROVIDING A WEB SITE FEATURING NON-DOWNLOADABLE MUSICAL RECORDINGS AND VIDEO RECORDINGS FEATURING MUSICAL PERFORMANCES AND ENTERTAIN-MENT CONTENT OF THE MUSIC PERFORMERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-11-1980; IN COMMERCE 7-11-1980.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,306,972, 1,307,146, AND 1,308,370.

SER. NO. 77-787,755, FILED 7-23-2009.

LINDA E. BLOHM, EXAMINING ATTORNEY

Page: 2 / RN # 3,840,031

3

IRON MAIDEN HOLDINGS, LTD.

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                    **TRADEMARK REGISTRATION**

Int. Cl.: 41

Prior U.S. Cl.: 107

**Reg. No. 1,308,370**

**United States Patent and Trademark Office**     Registered Dec. 4, 1984

**SERVICE MARK**
**Principal Register**



Iron Maiden Holdings Limited (United Kingdom
corporation)
22 Danbury St.
London, England N1 8JU

For: ENTERTAINMENT SERVICES—NAME-
LY, LIVE MUSICAL ENTERTAINMENT PER-
FORMANCES RENDERED BY A VOCAL AND
INSTRUMENTAL GROUP, in CLASS 41 (U.S. Cl.
107).
  First use Apr. 11, 1980; in commerce Jul. 11, 1980.

Ser. No. 433,235, filed Jul. 5, 1983.

RONALD R. SUSSMAN, Examining Attorney

IRON MAIDEN HOLDINGS, LTD.

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                                **TRADEMARK REGISTRATION**

---

Int. Cl.: 25

Prior U.S. Cls.: 39 and 40

**Reg. No. 1,307,146**

**United States Patent and Trademark Office**

Registered Nov. 27, 1984

**TRADEMARK**
Principal Register



Iron Maiden Holdings Limited (United Kingdom corporation)
22 Danbury St.
London, England N1 8JU

For: CLOTHING—NAMELY, T-SHIRTS, JER-SEYS, SWEAT-SHIRTS, HATS, JACKETS AND LEATHER WRIST BANDS, in CLASS 25 (U.S. Cls. 39 and 40).

First use Apr. 11, 1980; in commerce Jul. 11, 1980.

Ser. No. 433,367, filed Jul. 5, 1983.

RONALD R. SUSSMAN, Examining Attorney

IRON MAIDEN HOLDINGS, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**           **TRADEMARK REGISTRATION**

---

Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

**United States Patent and Trademark Office**

Reg. No. 1,306,972
Registered Nov. 27, 1984

**TRADEMARK**
Principal Register



Iron Maiden Holdings Limited (United Kingdom corporation)
22 Danbury St.
London, England N1 8JU

For: INCLUSION ON PAPER OR CARD-BOARD PRODUCTS—NAMELY, POSTERS, SOUVENIR CONCERT PROGRAMS, STICK-ERS, CALENDARS, PHOTOGRAPHS AND DE-CALS, in CLASS 16 (U.S. Cls. 37 and 38).
First use Apr. 11, 1980; in commerce Jul. 11, 1980.

Ser. No. 433,241, filed Jul. 5, 1983.

RONALD R. SUSSMAN, Examining Attorney

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IRON MAIDEN HOLDINGS, LTD.,

      PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:20-CV-05251

**FILED UNDER SEAL**

# EXHIBIT 2 TO THE COMPLAINT

IRON MAIDEN HOLDINGS, LTD.

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                                      **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|------|-----------|------------------|------|
| Iron Maiden | 2 AM / Bayley, Gers, Harris. | PA0000828722 | 1995 |
| Iron Maiden. | 2 minutes to midnight / Smith, Dickinson. | PA0000230074 | 1984 |
| Iron Maiden | 22 Acacia Avenue / Harris, Smith. | PA0000176210 | 1982 |
| Iron Maiden. | Aces high / Harris. | PA0000230075 | 1984 |
| Iron Maiden | Afraid to shoot strangers. | PA0000901471 | 1992 |
| Iron Maiden | Aftermath / Bayley, Gers, Harris. | PA0000828718 | 1995 |
| Iron Maiden | Alexander the Great / Harris. | PA0000310340 | 1986 |
| Iron Maiden. | Angel and the gambler / Harris. | PA0000910657 | 1998 |
| Iron Maiden | Another life. | PA0000101596 | 1981 |
| Iron Maiden | Apparition. | PA0000901472 | 1992 |
| Iron Maiden | Assassin. | PA0000580585 | 1990 |
| Iron Maiden. | Back in the village / Smith, Dickinson. | PA0000230079 | 1984 |
| Iron Maiden | Be quick of be dead / directors, Wing Ko & E. Matthies. | PA0000565978 | 1992 |
| Iron Maiden | Be quick or be dead. | PA0000901473 | 1992 |
| Iron Maiden | Best of the beast / Iron Maiden. | SR0000181471 | 1996 |
| Iron Maiden | Black Bart blues / Harris, Dickinson. | PA0000374086 | 1988 |
| Iron Maiden | Blood brothers. | PA0001012702 | 2000 |
| Iron Maiden | Blood on the world's hands / Harris. | PA0000828720 | 1995 |
| Iron Maiden | Brave new world. | PA0001012703 | 2000 |
| Iron Maiden | Brighter than a thousand suns. | PA0001166089 | 2006 |
| Iron Maiden | Burning ambition. | PA0001030827 | 1990 |
| Iron Maiden | Can I play with madness? / Smith, Dickinson, Harris. | PA0000374085 | 1988 |
| Iron Maiden | Caught somewhere in time / Harris. | PA0000310346 | 1986 |
| Iron Maiden | Chains of misery. | PA0000901474 | 1992 |
| Iron Maiden | Charlotte the harlot / Dave Murray. | PA0000089965 | 1980 |
| Iron Maiden | Childhood's end. | PA0000901475 | 1992 |
| Iron Maiden | Clairvoyant / Harris. | PA0000372465 | 1988 |
| Iron Maiden. | Clansman / Harris. | PA0000910659 | 1998 |
| Iron Maiden. | Como estais amigos / Gers, Bayley. | PA0000910663 | 1998 |
| Iron Maiden | Deja-vu / Murray, Harris. | PA0000310341 | 1986 |
| Iron Maiden | Die with your boots on / Smith, Dickinson, Harris. | PA0000180440 | 1983 |
| Iron Maiden | Different world. | PA0001166085 | 2006 |
| Iron Maiden. | Don't look to the eyes of a stranger / Harris. | PA0000910662 | 1998 |
| Iron Maiden | Dream of mirrors. | PA0001012700 | 2000 |
| Iron Maiden | Drifter. | PA0000101602 | 1981 |
| Iron Maiden. | Duellists / Harris. | PA0000230078 | 1984 |

1

IRON MAIDEN HOLDINGS, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**      **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Iron Maiden | Edge of darkness / Bayley, Gers, Harris. | PA0000828721 | 1995 |
| Iron Maiden. | Educated fool / Harris. | PA0000910661 | 1998 |
| Iron Maiden | Evil that men do / Smith, Dickinson, Harris. | PA0000372462 | 1988 |
| Iron Maiden | Face in the sand ; Journeyman. | PA0001206553 | 2003 |
| Iron Maiden | Fallen angel. | PA0001012699 | 2000 |
| Iron Maiden | Fates warning. | PA0000580584 | 1990 |
| Iron Maiden | Fear is the key. | PA0000901476 | 1992 |
| Iron Maiden | Fear of the dark. | PA0000901470 | 1992 |
| Iron Maiden | Fear of the dark / Iron Maiden. | SR0000144051 | 1992 |
| Iron Maiden. | Flash of the blade / Dickinson. | PA0000230077 | 1984 |
| Iron Maiden | Flight of Icarus / Smith, Dickinson. | PA0000180464 | 1983 |
| Iron Maiden | For the greater good of God. | PA0001166094 | 2006 |
| Iron Maiden | Fortunes of war / Harris. | PA0000828716 | 1995 |
| Iron Maiden | From here to eternity. | PA0000901477 | 1992 |
| Iron Maiden | From there to eternity. | PA0000581092 | 1992 |
| Iron Maiden | Fugitive. | PA0000901478 | 1992 |
| Iron Maiden. | Futureal / Harris, Bayley. | PA0000910656 | 1998 |
| Iron Maiden | Gates of tomorrow ; Montsegur. | PA0001206554 | 2003 |
| Iron Maiden | Genghis Kahn. | PA0000101597 | 1981 |
| Iron Maiden | Ghost of the navigator. | PA0001012704 | 2000 |
| Iron Maiden | Heaven can wait. | PA0000976565 | 1986 |
| Iron Maiden | Heaven can wait / Harris. | PA0000310344 | 1986 |
| Iron Maiden | Holy smoke. | PA0000580581 | 1990 |
| Iron Maiden | Hooks in you. | PA0000580587 | 1990 |
| Iron Maiden | Ides of March. | PA0000101593 | 1981 |
| Iron Maiden | Infinite dreams / Harris. | PA0000372461 | 1988 |
| Iron Maiden | Innocent exile. | PA0000101598 | 1981 |
| Iron Maiden | Intro. | PA0001203861 | 2002 |
| Iron Maiden. | Iron Maiden. | SR0000020477 | 1980 |
| Iron Maiden | Iron Maiden / Steve Harris. | PA0000089966 | 1980 |
| Iron Maiden | Judas, be my guide. | PA0000901479 | 1992 |
| Iron Maiden | Judgement of heaven / Harris. | PA0000828719 | 1995 |
| Iron Maiden | Killers. | PA0000101599 | 1981 |
| Iron Maiden | Killers / Iron Maiden. | SR0000181472 | 1981 |
| Iron Maiden | Legacy. | PA0001166096 | 2006 |
| Iron Maiden. | Lightning strikes twice / Murray, Harris. | PA0000910658 | 1998 |

IRON MAIDEN HOLDINGS, LTD.

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                    **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|------|-----------|------------------|------|
| Iron Maiden | Listen with Nicko! : pt. 1. | PA0001030828 | 1990 |
| Iron Maiden | Live after death / [performed by] Iron Maiden. | SR0000081960 | 1985 |
| Iron Maiden | Live at Donington / Iron Maiden. | SR0000181470 | 1993 |
| Iron Maiden | Loneliness of the long distance runner / Harris. | PA0000310343 | 1986 |
| Iron Maiden | Longest day. | PA0001166091 | 2006 |
| Iron Maiden | Look for the truth / Bayley, Gers, Harris. | PA0000828717 | 1995 |
| Iron Maiden | Lord of light. | PA0001166095 | 2006 |
| Iron Maiden | Lord of the flies / Harris, Gers. | PA0000828714 | 1995 |
| Iron Maiden. | Losfer words : Big 'Orra / Harris. | PA0000230076 | 1984 |
| Iron Maiden | Maiden Japan / [performed by] Iron Maiden. | SR0000056906 | 1984 |
| Iron Maiden | Maiden Japan / [performed by] Iron Maiden. | SR0000031909 | 1981 |
| Iron Maiden | Man on the edge / Bayley, Gers. | PA0000828715 | 1995 |
| Iron Maiden | Mercenary. | PA0001012701 | 2000 |
| Iron Maiden. | Mission from 'Arry / Harris, McBrain. | PA0000230073 | 1984 |
| Iron Maiden | Moonchild / Smith, Dickinson. | PA0000372460 | 1988 |
| Iron Maiden | Mother Russia. | PA0000580588 | 1990 |
| Iron Maiden | Murders in the Rue Morgue. | PA0000101595 | 1981 |
| Iron Maiden | New frontier. | PA0001206555 | 2003 |
| Iron Maiden | No prayer for the dying. | PA0000580582 | 1990 |
| Iron Maiden | No prayer for the dying / [performed by] Iron Maiden. | SR0000124044 | 1990 |
| Iron Maiden | Nodding donkey blues. | PA0000917186 | 1992 |
| Iron Maiden | Nomad. | PA0001012698 | 2000 |
| Iron Maiden | Number of the beast / [performed by] Iron Maiden. | SR0000043264 | 1982 |
| Iron Maiden | Only the good die young / Harris, Dickinson. | PA0000372466 | 1988 |
| Iron Maiden | Out of the shadows. | PA0001166092 | 2006 |
| Iron Maiden | Out of the silent planet. | PA0001012697 | 2000 |
| Iron Maiden | Phantom of the opera / Steve Harris. | PA0000089961 | 1980 |
| Iron Maiden | Piece of mind / [performed by Iron Maiden]. | SR0000046851 | 1983 |
| Iron Maiden. | Piece of mind / [performed by] Iron Maiden. | SR0000050866 | 1983 |
| Iron Maiden | Pilgrim. | PA0001166090 | 2006 |
| Iron Maiden. | Powerslave / Dickinson. | PA0000230080 | 1984 |
| Iron Maiden | Powerslave / [performed by] Iron Maiden. | SR0000058463 | 1984 |
| Iron Maiden | Prodigal son. | PA0000101600 | 1981 |
| Iron Maiden | Prophecy / Murray, Harris. | PA0000372464 | 1988 |
| Iron Maiden | Prowler / Steve Harris. | PA0000089958 | 1980 |
| Iron Maiden | Public enema number one. | PA0000580583 | 1990 |

3

IRON MAIDEN HOLDINGS, LTD.

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                    **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|------|-----------|------------------|------|
| Iron Maiden | Purgatory. | PA0000101601 | 1981 |
| Iron Maiden | Quest for fire / Harris. | PA0000180443 | 1983 |
| Iron Maiden | Rainbow's gold / Slesser, Mountain. | PA0000241425 | 1984 |
| Iron Maiden | Rainmaker. | PA0001206552 | 2003 |
| Iron Maiden | Reach out / Colwell. | PA0000457173 | 1986 |
| Iron Maiden | Real dead one / Iron Maiden. | SR0000190942 | 1993 |
| Iron Maiden | Real live one / Iron Maiden. | SR0000181346 | 1993 |
| Iron Maiden | Reincarnation of Benjamin Breeg. | PA0001166093 | 2006 |
| Iron Maiden | Remember tomorrow / S. Harris, P. DiAnno. | PA0000089959 | 1980 |
| Iron Maiden | Revelations / Dickinson. | PA0000180439 | 1983 |
| Iron Maiden | Rhythm of the beast / a Nicko McBrain Enterprises & Brainwalk, Ltd. production ; produced by Graham Walker & Nicko McBrain ; edited & directed by Andy Matthews. | PA0000746877 | 1991 |
| Iron Maiden. | Rime of the Ancient Mariner / Harris. | PA0000230081 | 1984 |
| Iron Maiden | Run silent, run deep. | PA0000580586 | 1990 |
| Iron Maiden | Running free / S. Harris, P. DiAnno. | PA0000089960 | 1980 |
| Iron Maiden | Sanctuary / Iron Maidne [sic] | PA0000089964 | 1980 |
| Iron Maiden | Sea of madness / Smith. | PA0000310345 | 1986 |
| Iron Maiden | Seventh son of a seventh son / Harris. | PA0000372463 | 1988 |
| Iron Maiden | Seventh son of a seventh son / [performed by] Iron Maiden. | SR0000097580 | 1988 |
| Iron Maiden | Sheriff of Huddersfield / Iron Maiden. | PA0000310253 | 1986 |
| Iron Maiden | Sign of the cross / Harris. | PA0000828713 | 1995 |
| Iron Maiden | Somewhere in time / [performed by] Iron Maiden. | SR0000081961 | 1986 |
| Iron Maiden | Still life / Murray, Harris. | PA0000180442 | 1983 |
| Iron Maiden | Strange world / Steve Harris. | PA0000089963 | 1980 |
| Iron Maiden | Stranger in a strange land / Smith. | PA0000310342 | 1986 |
| Iron Maiden | Sun and steel / Dickinson, Smith. | PA0000180444 | 1983 |
| Iron Maiden | Tailgunner. | PA0000580580 | 1990 |
| Iron Maiden | These colours don't run. | PA0001166087 | 2006 |
| Iron Maiden | Thin line between love and hate. | PA0001012696 | 2000 |
| Iron Maiden | To tame a land / Harris. | PA0000180445 | 1983 |
| Iron Maiden | Total eclipse. | PA0000940317 | 1982 |
| Iron Maiden | Transylvania / Steve Harris. | PA0000089962 | 1980 |
| Iron Maiden | Trooper / Harris. | PA0000180441 | 1983 |
| Iron Maiden | Twilight zone / Murray, Harris. | PA0000098710 | 1981 |
| Iron Maiden | Unbeliever / Gers, Harris. | PA0000828723 | 1995 |

IRON MAIDEN HOLDINGS, LTD.

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                                                      **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|------|-----------|------------------|------|
| Iron Maiden. | Video pieces. | PA0000229604 | 1984 |
| Iron Maiden | Virtual XI / Iron Maiden. | SR0000298624 | 1998 |
| Iron Maiden | Virus. | PA0000923089 | 1996 |
| Iron Maiden | Wasted years / Smith. | PA0000310252 | 1986 |
| Iron Maiden | Wasting love. | PA0000901480 | 1992 |
| Iron Maiden | Wasting love / director, Samuel Bayer. | PA0000576859 | 1992 |
| Iron Maiden | Weekend warrior. | PA0000901481 | 1992 |
| Iron Maiden. | When two worlds collide / Murray, Bayley, Harris. | PA0000910660 | 1998 |
| Iron Maiden | Where eagles dare / Harris. | PA0000180438 | 1983 |
| Iron Maiden | Wicker man. | PA0001012705 | 2000 |
| Iron Maiden | Women in uniform / Macainish. | PA0000818973 | 1980 |
| Iron Maiden | Wrathchild. | PA0000101594 | 1981 |
| Iron Maiden. | X factor / Iron Maiden. | SR0000298649 | 1995 |
| Iron Maiden | X factor / Iron Maiden. | SR0000181341 | 1995 |
| Iron Maiden Holdings Limited | Killers Eddie. | VA0001910671 | 1981 |
| Iron Maiden Holdings Limited | Number of the Beast Eddie. | VA0001907596 | 1982 |
| Iron Maiden Holdings Limited | Trooper Eddie. | VA0001909133 | 1983 |
| Iron Maiden Holdings, Ltd. | Age of innocence. | PA0001159998 | 2003 |
| Iron Maiden Holdings, Ltd. | Dance of death. | PA0001159993 | 2003 |
| Iron Maiden Holdings, Ltd. | Face in the sand. | PA0001159997 | 2003 |
| Iron Maiden Holdings, Ltd. | Gates of tomorrow. | PA0001159995 | 2003 |
| Iron Maiden Holdings, Ltd. | Journeyman. | PA0001159999 | 2003 |
| Iron Maiden Holdings, Ltd. | Montsegur. | PA0001159992 | 2003 |
| Iron Maiden Holdings, Ltd. | New frontier. | PA0001159994 | 2003 |
| Iron Maiden Holdings, Ltd. | No more lies. | PA0001159991 | 2003 |
| Iron Maiden Holdings, Ltd. | No prayer for the dying & 6 other titles. | V3427D527 | 1999 |
| Iron Maiden Holdings, Ltd. | Paschendale. | PA0001159996 | 2003 |
| Iron Maiden Holdings, Ltd. | Prowler & 267 other titles; musical compositions & master recordings. | V3429D963 | 1999 |
| Iron Maiden Holdings, Ltd. | Prowler & 267 other titles; musical compositions & master recordings. | V3429D965 | 1999 |
| Iron Maiden Holdings, Ltd. | Rainmaker. | PA0001159990 | 2003 |
| Iron Maiden Holdings, Ltd. | Trooper (live) | PA0001165572 | 2006 |

IRON MAIDEN HOLDINGS, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                    **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|------|-----------|-----------------|------|
| Iron Maiden Holdings, Ltd. | Wasted years. | PA0001164513 | 2006 |
| Iron Maiden Holdings, Ltd. | Wildest dreams. | PA0001159989 | 2003 |
| Iron Maiden Publishing (Overseas), Ltd. | 1000 points of light. | PA0000849103 | 1994 |
| Iron Maiden Publishing (Overseas) Ltd. | Back from the edge. | PA0000820922 | 1996 |
| Iron Maiden Publishing (Overseas) Ltd. | Ballad of Mutt. | PA0000587468 | 1990 |
| Iron Maiden Publishing Overseas Ltd. | BOOK OF SOULS. | PA0001990501 | 2015 |
| Iron Maiden Publishing (Overseas) Ltd. | Born in '58. | PA0000590359 | 1990 |
| Iron Maiden Publishing (Overseas) Ltd. | Bring your daughter to the slaughter / w & m Paul Bruce Dickinson (Bruce Dickinson, pseud.) | PA0000580522 | 1989 |
| Iron Maiden Publishing (Overseas), Ltd. | Change of heart. | PA0000849105 | 1994 |
| Iron Maiden Publishing (Overseas), Ltd. | Cyclops. | PA0000849100 | 1994 |
| Iron Maiden Publishing Overseas Ltd. | DEATH OR GLORY. | PA0001990496 | 2015 |
| Iron Maiden Publishing (Overseas) Ltd. | Dive! dive! dive! | PA0000590362 | 1990 |
| Iron Maiden Publishing (Overseas) Ltd. | Dreamstate. | PA0000820926 | 1996 |
| Iron Maiden Publishing Overseas Ltd. | EMPIRE OF THE CLOUDS. | PA0001990494 | 2015 |
| Iron Maiden Publishing (Overseas) Ltd. | Faith. | PA0000820924 | 1996 |
| Iron Maiden Publishing (Overseas), Ltd. | Fire. | PA0000849107 | 1994 |
| Iron Maiden Publishing (Overseas), Ltd. | Gods of war. | PA0000849102 | 1994 |
| Iron Maiden Publishing Overseas Ltd. | GREAT UNKNOWN. | PA0001990497 | 2015 |
| Iron Maiden Publishing (Overseas) Ltd. | Gypsy road. | PA0000590361 | 1990 |

IRON MAIDEN HOLDINGS, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**  **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|------|-----------|------------------|------|
| Iron Maiden Publishing (Overseas) Ltd. | Headswitch. | PA0000820929 | 1996 |
| Iron Maiden Publishing (Overseas), Ltd. | Hell no. | PA0000849101 | 1994 |
| Iron Maiden Publishing (Overseas) Ltd. | Hell on wheels. | PA0000590360 | 1990 |
| Iron Maiden Publishing (Overseas) Ltd. | I will not accept. | PA0000820927 | 1996 |
| Iron Maiden Publishing Overseas Ltd. | IF ETERNITY SHOULD FAIL. | PA0001990493 | 2015 |
| Iron Maiden Publishing (Overseas) Ltd. | Inertia. | PA0000820923 | 1996 |
| Iron Maiden Publishing (Overseas) Ltd. | Innerspace. | PA0000820932 | 1996 |
| Iron Maiden Publishing (Overseas) Ltd. | Inside the machine. | PA0000820928 | 1996 |
| Iron Maiden Publishing (Overseas), Ltd. | Laughing in the hiding bush. | PA0000849104 | 1994 |
| Iron Maiden Publishing (Overseas) Ltd. | Lickin' the gun. | PA0000590363 | 1990 |
| Iron Maiden Publishing Overseas Ltd. | MAN OF SORROWS. | PA0001990504 | 2015 |
| Iron Maiden Publishing (Overseas) Ltd. | Meltdown. | PA0000820930 | 1996 |
| Iron Maiden Publishing (Overseas) Ltd. | No lies. | PA0000590365 | 1990 |
| Iron Maiden Publishing (Overseas) Ltd. | Octavia. | PA0000820931 | 1996 |
| Iron Maiden Publishing Overseas Ltd. | RED AND THE BLACK. | PA0001990498 | 2015 |
| Iron Maiden Publishing (Overseas), Ltd. | Sacred cowboys. | PA0000849108 | 1994 |
| Iron Maiden Publishing Overseas Ltd. | SHADOWS OF THE VALLEY. | PA0001990502 | 2015 |
| Iron Maiden Publishing (Overseas), Ltd. | Shoot all the clowns. | PA0000849106 | 1994 |

IRON MAIDEN HOLDINGS, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                             **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|------|-----------|------------------|------|
| Iron Maiden Publishing (Overseas) Ltd. | Solar confinement. | PA0000820925 | 1996 |
| Iron Maiden Publishing (Overseas) Ltd. | Son of a gun. | PA0000590358 | 1990 |
| Iron Maiden Publishing (Overseas) Ltd. | Space race. | PA0000820921 | 1996 |
| Iron Maiden Publishing Overseas Ltd. | SPEED OF LIGHT. | PA0001990492 | 2015 |
| Iron Maiden Publishing (Overseas) Ltd. | Strange death in paradise. | PA0000820933 | 1996 |
| Iron Maiden Publishing (Overseas) Ltd. | Tattooed millionaire. | PA0000587469 | 1990 |
| Iron Maiden Publishing Overseas Ltd. | TEARS OF A CLOWN. | PA0001990503 | 2015 |
| Iron Maiden Publishing (Overseas), Ltd. | Tears of the dragon. | PA0000849109 | 1994 |
| Iron Maiden Publishing (Overseas) Ltd. | Trooper. By Steve Harris. | PA0000710146 | 1983 |
| Iron Maiden Publishing Overseas Ltd. | WHEN THE RIVER RUNS DEEP. | PA0001990499 | 2015 |
| Iron Maiden Publishing (Overseas) Ltd. | Where eagles dare. By Steven Harris. | PA0000710145 | 1983 |
| Iron Maiden Publishing (Overseas) Ltd. | Zulu Lulu. | PA0000590364 | 1990 |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IRON MAIDEN HOLDINGS, LTD.,

    PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO. 1:20-CV-05251

FILED UNDER SEAL

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendant / Seller Alias | Marketplace URL |
|-----|--------------------------|-----------------|
| 1 | UP TO 60% OFF Store | https://www.aliexpress.com/store/4977056 |
| 2 | hiowuginlkn | https://www.amazon.com/sp?seller=A1CJZYE4H2ZY0I |
| 3 | huang jin. | https://www.amazon.com/sp?seller=AI7OROG8IWMHA |
| 4 | JackRdd | https://www.amazon.com/sp?seller=A3T16Z1LFABAYX |
| 5 | yamakadoshop | https://www.etsy.com/uk/shop/yamakadoshop |
| 6 | Fashion Trade | https://www.vova.com/merchant-pdkg89jr3kzc8elt/ |
| 7 | kdfghkdrthj | https://www.amazon.com/sp?seller=A1XCO414DUV5OE |
| 8 | Lilyland | https://www.amazon.com/sp?seller=A37KX123P9DVYK |
| 9 | teegogo | https://www.amazon.com/sp?seller=AYWVSSSZVM543 |
| 10 | FUNSHINE | https://www.vova.com/merchant-dyxu9fwdsg7w4rnk/ |
| 11 | 2015_megastore | https://www.ebay.com/usr/2015_megastore |
| 12 | alesinde-0 | https://www.etsy.com/shop/CookieCutters4U |
| 13 | alex528ru | https://www.ebay.com/usr/alex528ru |
| 14 | doneboutique | https://www.ebay.com/usr/doneboutique |
| 15 | giang_9187 | https://www.ebay.com/usr/giang_9187 |
| 16 | SOUTHFEATHER | https://www.vova.com/merchant-8apxhcdaiwbmrs5y/ |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 17 | gt2767 | https://www.ebay.com/usr/gt2767 |
| 18 | khoihu_0 | https://www.etsy.com/shop/YeoysScienceTees |
| 19 | kingalonestore88 | https://www.etsy.com/shop/Ironyltd |
| 20 | kle2592 | https://www.ebay.com/usr/kle2592 |
| 21 | lu_9466 | https://www.etsy.com/shop/DolceCakeToppers |
| 22 | luxuryprint | https://www.ebay.com/usr/luxuryprint |
| 23 | phaha-4 | https://www.etsy.com/shop/BuyCoolShirts |
| 24 | satyadimar_id | https://www.etsy.com/shop/MarkLewisArt |
| 25 | sindukadafi | https://mayutrade.en.alibaba.com/ |
| 26 | sunstore_899 | https://www.ebay.com/usr/sunstore_899 |
| 27 | super_decals_stickers | https://www.ebay.com/usr/super_decals_stickers |
| 28 | zdanov-bp-1 | https://www.ebay.com/usr/zdanov-bp-1 |
| 29 | GiftsDesignShop | https://www.etsy.com/shop/UnicorniaCrossStitch |
| 30 | lotusdardware | https://www.etsy.com/shop/lotusdardware |
| 31 | OrkoJewelryInc | https://www.etsy.com/shop/OpenRoadArtShop |
| 32 | SuperDec | https://www.etsy.com/shop/VintagedVintages |
| 33 | TinkerBellShopArt | https://www.etsy.com/shop/FramedArtSource |
| 34 | Tplaytown | https://www.etsy.com/shop/CowAndCalfArt |
| 35 | WoodenAngelArt | https://www.etsy.com/shop/FanaToonic |
| 36 | The Garden Net | https://www.vova.com/merchant-8j8c96gqde48924j/ |
| 37 | XINKE | https://www.vova.com/merchant-wvncn3p1hy8iu0ln/ |
| 38 | blackswhite_store | https://www.ebay.com/usr/blackswhite_store |
| 39 | bluehomefar | https://www.ebay.com/usr/bluehomefar |
| 40 | chaucaop47 | https://www.ebay.com/usr/chaucaop47 |
| 41 | goodkitchen4u | https://www.ebay.com/usr/goodkitchen4u |
| 42 | huntefirs-0 | https://www.ebay.com/usr/huntefirs-0 |
| 43 | jaidee006 | https://www.ebay.com/usr/jaidee006 |
| 44 | khamou21 | https://www.ebay.com/usr/khamou21 |
| 45 | kitchen-trend | https://www.ebay.com/usr/kitchen-trend |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|:---:|:---:|:---:|
| 46 | lukepla16 | https://www.ebay.com/usr/lukepla16 |
| 47 | metal_garage | https://www.ebay.com/usr/metal_garage |
| 48 | new-tshirt1102 | http://www.ebay.com/usr/new-tshirt1102 |
| 49 | nguho-1866 | http://www.ebay.com/usr/nguho-1866 |
| 50 | nguhuu59 | http://www.ebay.com/usr/nguhuu59 |
| 51 | nguna_0 | http://www.ebay.com/usr/nguna_0 |
| 52 | nvgstore | http://www.ebay.com/usr/nvgstore |
| 53 | only-love-store | http://www.ebay.com/usr/only-love-store |
| 54 | qudoan-0 | http://www.ebay.com/usr/qudoan-0 |
| 55 | silverlilia | http://www.ebay.com/usr/silverlilia |
| 56 | thanhn_5 | http://www.ebay.com/usr/thanhn_5 |
| 57 | tmgaucon | http://www.ebay.com/usr/tmgaucon |
| 58 | tru-9394 | http://www.ebay.com/usr/tru-9394 |
| 59 | truststore68 | http://www.ebay.com/usr/truststore68 |
| 60 | vu3123 | http://www.ebay.com/usr/vu3123 |
| 61 | Jill AK Hambrick | https://www.amazon.com/sp?seller=A16Q70IEKU9508 |
| 62 | LONPENE | https://www.amazon.com/sp?seller=A18XTUZWLBAJVD |
| 63 | TINGISME | https://www.amazon.com/sp?seller=A2AAB2STRH9ELL |
| 64 | ALES1GEN NESSS | https://www.amazon.com/sp?seller=A2AR8DBPWZULJN |
| 65 | QmyhHohegtx | https://www.amazon.com/sp?seller=A2WDHJW7XCCA6V |
| 66 | Estivation | https://www.amazon.com/sp?seller=A32JSOPRUY8KF2 |
| 67 | zhuangshizhuangxiu | https://www.amazon.com/sp?seller=A33P3HO4VSPNQJ |
| 68 | Lzxlxr | https://www.amazon.com/sp?seller=A3OU3JDTWLBONE |
| 69 | sun fafgh | https://www.amazon.com/sp?seller=ADZURCO5HFQVV |
| 70 | GOPOSTORE | https://gopostore.com/product/love-music-face-mask-sydt1008004fma/ |
| 71 | COLORFINAL | https://www.colorfinal.com/collections/vests/products/axe-primitive-tribal-skull-print-vest |
| 72 | 201EXPRESS | https://201express.com/collections/iron-maiden/products/iron-maiden-reusable-mask-with-pm2-5-filter-4 |
| 73 | 89ARTSHIRT | https://89artshirt.com/collection/f016 |
| 74 | AESTHETIC SHOP | https://theaesthicstore.com/product-category/iron-maiden/ |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 75 | BEATTEE | https://beattee.com |
| 76 | COWSTEE | https://cowstee.com/bgi0ltv-camp-ironmaiden?prop%5Bcolor%5D=white&product=86&side=front |
| 77 | Fashion For Life | https://fashionforlife.store |
| 78 | Metalnskull | https://metalnskull.com/product/iron-number-of-the-beast-shirt/ |
| 79 | NEW VERSION | https://www.nunupoo.com/iroda?checkout=cart |
| 80 | OHOROLA | https://www.ohorola.com/products/limited-edition-irmd-filter-activated-carbon-pm-2-5-fm-hhh020412th?variant=1000002476011782 |
| 81 | PRINTS4U | https://www.prints4u.net/product-category/music-posters/iron-maiden-posters/ |
| 82 | PYLWM | https://www.pylwm.com/products/im0515208 |
| 83 | ROYAL JACKET | https://royaljacket.com |
| 84 | SNOOPY FACTORY | https://www.snoopyfactory.shop/products/8hn-aa345qu-inf |
| 85 | TEECOOL | https://teecooll.com |
| 86 | irm | https://www.teefabee.com/stores/irm |
| 87 | TEESWORLD | https://teesworld.us/ |
| 88 | THE AESTHIC STORE | https://theaesthicstore.com/product-category/ir-2020/ |
| 89 | THELISTSHIRT66 | https://thelistshirt66.com/1ron-fuckcorona?s=hanes-5250&c=Black&p=FRONT |
| 90 | TWIEVIVU | https://www.twievivu.com/minIronMaiden?retailProductCode=0623D3D3A3A4A2-1B840525ECE2-PS2-TC2000-WHT |
| 91 | WIPEBET | https://www.wipebet.com/products/iron-maiden-irm06032004n |
| 92 | UNICUS ORIGINAL | https://unicusoriginal.com/collections/iron-maiden |
| 93 | VIRALSTYLE | https://viralstyle.com/c/OK8B4e |
| 94 | VREX STORE | https://www.vrexstore.com/kirmt |
| 95 | SUHSHIELD | https://www.suhushieldus.com/search?q=Iron%20maiden |
| 96 | SORI POP | https://www.sori-pop.com |
| 97 | BAEELLY | https://www.baeelly.com/products/mt434 |
| 98 | ELIPTEE.COM | https://www.eliptee.com/mask-2004-1 |
| 99 | MOTEEFE | https://moteefe.com/store/iron-maiden-st/34933841-maiden211?color=black&product=men-s-t-shirt |
| 100 | FULL FILL GIFT | https://fulfillgift.com/product/Iron-Maiden-MA/ |