## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VIRAL STYLE, LLC,

        Plaintiff,

v.                                          Case No. _____

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

        Defendants.
_____/

## EXHIBIT E

## TO

## COMPLAINT

**Subject:** RE: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044
**Attachments:** image003.png
image004.png

**From:** AM Sullivan Law, LLC
**Sent:** Friday, October 2, 2020 12:59 PM
**To:** 'William Brees' <wbrees@maxeyfisher.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** 'Brittany Maxey-Fisher' <bmaxeyfisher@maxeyfisher.com>; 'lpg@maxeyfisher.com' <lpg@maxeyfisher.com>; 'filecopy' <filecopy@maxeyfisher.com>; 'Haviland Kebler' <hkebler@maxeyfisher.com>
**Subject:** RE: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Good Afternoon, Bill –

Please find attached the file-stamped dismissal for your client, Viral Style.

Please let us know if/when you would like to continue the below discussion regarding the restrained account.

Best,
Alison

---

**Alison K. Carter, Esq.**
*Intellectual Property Attorney*

**AM Sullivan Law, LLC**
+1 224.258.9378
1440 W. Taylor St. #515
Chicago, Illinois 60607
www.AMSullivanLaw.com

**From:** AM Sullivan Law, LLC
**Sent:** Thursday, October 1, 2020 4:00 PM
**To:** William Brees <wbrees@maxeyfisher.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** RE: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044
**Importance:** High

Hi Bill,

We just spoke with PayPal and authorized the release of the account with the caveat that they withhold $200,000 to protect our clients' interests.

We understand that Viral Style acts as a marketplace of sorts to third party sellers and all transactions go through this one account. We thought this would be a mutually beneficial resolution – immediately addressing your client's needs while still addressing and protecting ours.

If you feel differently, and/or you would like to discuss this further, please let us know and we can set up a call.

We appreciate your patience with this as it is somewhat of an uncommon situation.

Best,
Alison

---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*

**AM SULLIVAN LAW, LLC**
+1 224.258.9378
1440 W. Taylor St. #515
Chicago, Illinois 60607
www.AMSullivanLaw.com

**From:** AM Sullivan Law, LLC
**Sent:** Thursday, October 1, 2020 3:02 PM
**To:** 'William Brees' <wbrees@maxeyfisher.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** RE: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Bill –

I think, perhaps, you are misunderstanding. We will file a dismissal as to your client today, but the PayPal account is still restrained as to BEATTEE and 89ARTSHIRT based on the subpoena response from PayPal, which states that those stores also use this PayPal account. The account will not be released so long as those defendants remain parties in this case.

We are not holding anything hostage, nor would we use anything as leverage for settlement. If this PayPal account was only associated with your client, we would absolutely release it no questions asked, but that's simply not the case.

We would like to, first, get everything resolved as to this matter, and then we can send over evidence and specifics of the allegations against your client; that's not a problem. However, it is likely given the history of communication from my client to yours that they are well aware of their infringement.

Please let me know if this needs further clarification. If your client wants to send our contact information over to the operators of BEATTEE and 89ARTSHIRT, we would be happy to discuss this with them as well.

Best,
Alison

---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*

**AM SULLIVAN LAW, LLC**

+1 224.258.9378
1440 W. Taylor St. #515
Chicago, Illinois 60607
www.AMSullivanLaw.com

**From:** William Brees <wbrees@maxeyfisher.com>
**Sent:** Thursday, October 1, 2020 12:34 PM
**To:** AM Sullivan Law, LLC <attorney@amsullivanlaw.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** Re: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Hello Alison,

The most important matter for our client right now is to have the restrictions on the Paypal account lifted as the account is tied to the entirety of its business that is conducted through Paypal, an extremely small percentage of which, if any, has any connection to the alleged infringement. We were very concerned yesterday that the restriction on the account was going to be maintained as improper leverage for a settlement payment. Please provide proof of the removal of this restriction as soon as possible today as the restriction places Viral Style's business relationships with its campaign owners in jeopardy. They are at grave risk of losing a large amount of legitimate business due to this restriction.

Our clients are open to discussing settlement regarding the allegations, but cannot do so without knowing the details of the allegations. We have received no cease and desist letter or complaint that would inform Viral Style of the allegations being made. Without knowing the allegations, Viral Style is unable to investigate the allegations being made to even come to a position regarding this matter, let alone discuss specific settlement offers. If you could send us a listing of specific campaigns or listings that you allege were or are infringing, Viral Style will be able to investigate the dates, campaign owner, and any potential sales for those campaigns. After this evaluation is completed we would be glad to discuss settlement.

Best Regards,

Bill

**William R. Brees**
Senior Intellectual Property Attorney
wbrees@maxeyfisher.com




Maxey-Fisher, PLLC

**The City Center**  **Palm Tower**
100 Second Avenue South   1343 Main Street
Suite 401 North   Suite 412
St. Petersburg, Florida 33701   Sarasota, Florida 34236
(t): 727-230-4949   (t): 941-256-0398
(f): 727-230-4827   (f): 727-230-4827

www.maxeyfisher.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** AM Sullivan Law, LLC <attorney@amsullivanlaw.com>
**Sent:** Thursday, October 1, 2020 11:24 AM
**To:** William Brees <wbrees@maxeyfisher.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com <lpg@maxeyfisher.com>; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** RE: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Hi Bill,

We appreciate your position; however, in response to our subpoena, PayPal provided an account number for BEATTEE and 89ARTSHIRT, and that account number is the same as the one provided for Viral Style. Specifically, we made purchases from both stores, and PayPal shows those transactions as coming from this account number (and also shows 89ARTSHIRT as having an email address of bc@viralstyle.com).

That being said, we agree that the restraint as to your client needs to be released, and we will get your client dismissed, but given the information provided by PayPal, the restraint of this account as to the other two stores will remain.

Also, we have had communications with your client in the past regarding their infringement of the Iron Maiden trademarks, which includes not just the evidence involved in this case, but purchases made from your client's store as well as evidence of advertising/marketing of infringing products. The Iron Maiden trademarks are registered, your client has had clear notice, and, yet, the infringement continues. If your client does not want to settle this matter out of Court, please be aware that we will be moving forward with a lawsuit naming Viral Style as the sole defendant.

Best,
Alison

---

**Alison K. Carter, Esq.**
*Intellectual Property Attorney*

**AM SULLIVAN LAW, LLC**
+1 224.258.9378

1440 W. Taylor St. #515
Chicago, Illinois 60607
www.AMSullivanLaw.com

**From:** William Brees <wbrees@maxeyfisher.com>
**Sent:** Wednesday, September 30, 2020 5:16 PM
**To:** Ann Marie Sullivan <ams@amsullivanlaw.com>; AM Sullivan Law, LLC <attorney@amsullivanlaw.com>
**Cc:** Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** Re: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Hello,

I spoke with our client and received confirmation that these two parties, "BEATTEE" and "89ARTSHIRT", do not share a paypal account with Viral Style. The account is only a business account for Viral Style. While "BEATTEE" and "89ARTSHIRT" are campaign owners that place sales listings on Viral Style's website, they do not have any access or interest in any financial accounts owned by Viral Style. The intrusion on Viral Style's Paypal account is improper, has no legal basis, and must be removed immediately.

Best Regards,

Bill

*William R. Brees*
Senior Intellectual Property Attorney
wbrees@maxeyfisher.com

  

Maxey-Fisher, PLLC
| **The City Center** | **Palm Tower** |
100 Second Avenue South   1343 Main Street
Suite 401 North           Suite 412
St. Petersburg, Florida 33701   Sarasota, Florida 34236
(t): 727-230-4949         (t): 941-256-0398
(f): 727-230-4827         (f): 727-230-4827
www.maxeyfisher.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** William Brees <wbrees@maxeyfisher.com>
**Sent:** Wednesday, September 30, 2020 5:51 PM
**To:** Ann Marie Sullivan <ams@amsullivanlaw.com>; AM Sullivan Law, LLC <attorney@amsullivanlaw.com>
**Cc:** Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com <lpg@maxeyfisher.com>; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** Re: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Hello Ann Marie,

I have reached out to our client regarding the allegation that they share a PayPal account with two defendants in your case, "BEATTEE" and "89ARTSHIRT."

At this point, we have seen no allegations regarding any actions by Viral Style that would form the basis for any claims of infringement against Viral Style. If you are making these allegations and requesting settlement, please provide the basis for your allegations and the calculation of your alleged damages resulting in a request of a payment of $35,000 for settlement of whatever claims are being made.

Best Regards,

Bill

*William R. Brees*
Senior Intellectual Property Attorney
wbrees@maxeyfisher.com



Maxey-Fisher, PLLC
| **The City Center** | **Palm Tower** |
| 100 Second Avenue South | 1343 Main Street |
| Suite 401 North | Suite 412 |
| St. Petersburg, Florida 33701 | Sarasota, Florida 34236 |
| (t): 727-230-4949 | (t): 941-256-0398 |
| (f): 727-230-4827 | (f): 727-230-4827 |

www.maxeyfisher.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If

you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Ann Marie Sullivan <ams@amsullivanlaw.com>
**Sent:** Wednesday, September 30, 2020 5:34 PM
**To:** William Brees <wbrees@maxeyfisher.com>; AM Sullivan Law, LLC <attorney@amsullivanlaw.com>
**Cc:** Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com <lpg@maxeyfisher.com>; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** RE: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Dear Bill,

We reviewed the evidence we have in this case; and, it appears as though you are right insofar as Viral Style has been brought into this case in error. However, we do see that there is a still a valid basis to pursue a trademark infringement claim against Viral Style, based on the infringing goods sold by your client, bearing and infringing upon the registered trademarks of Iron Maiden.

While we will agree to dismiss you from the current case, it is still our position that we need to enforce the intellectual property rights of Iron Maiden. As such, Viral Style can expect a secondary lawsuit, naming just them, and brought under the proper jurisdictional requirements for a U.S.-based seller. That being said, we believe it is in the best interests of both parties to avoid extensive litigation, and believe that we can reach a settlement agreement, avoiding the need for a secondary lawsuit against Viral Style.

Additionally, our records indicate that Viral Style shares a PayPal account with two other defendants in our case, "BEATTEE" and "89ARTSHIRT." It is our understanding that your client completes orders and/or distributes products on their behalf. Please note that even after being dismissed from the case, this PayPal account will remain held as to those two stores.

After speaking with our client, they would be willing to settle this matter in its entirety, dismissing Viral Style from the present lawsuit, and avoiding the need for a second, if your client agrees to remove any and all infringing products from their online e-commerce store, as well as paying to the Plaintiff a settlement amount of $35,000.

Please take this offer back to your client, and advise us as to how you would like to proceed.

Thank you,
Ann Marie

---

**Ann Marie Sullivan, Esq.**

*Intellectual Property Attorney*
+1 513 543 2239 | ams@amsullivanlaw.com

**AM Sullivan Law, LLC**

**From:** William Brees <wbrees@maxeyfisher.com>
**Sent:** Tuesday, September 29, 2020 5:15 PM
**To:** AM Sullivan Law, LLC <attorney@amsullivanlaw.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** Re: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Hello Ms. Carter,

Thank you for your response. Please let me know if you need any additional information.

Best Regards,

Bill

**William R. Brees**
Senior Intellectual Property Attorney
wbrees@maxeyfisher.com



Maxey-Fisher, PLLC
**The City Center**           **Palm Tower**
100 Second Avenue South    1343 Main Street
Suite 401 North             Suite 412
St. Petersburg, Florida 33701  Sarasota, Florida 34236
(t): 727-230-4949           (t): 941-256-0398
(f): 727-230-4827           (f): 727-230-4827
www.maxeyfisher.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** AM Sullivan Law, LLC <attorney@amsullivanlaw.com>

**Sent:** Tuesday, September 29, 2020 6:11 PM
**To:** William Brees <wbrees@maxeyfisher.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com <lpg@maxeyfisher.com>; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** RE: Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Hi Bill,

We are looking into this.

Given the information you provided, you are likely correct that the inclusion was in error; however, give me the next day to review this further. I'll get back to you by end of business tomorrow.

Please keep in mind that if your client is currently still infringing the Iron Maiden trademarks and copyrights, and/or if they have infringed since the 2018 takedown request, they are still liable for violating our client's intellectual property rights, just, perhaps, not in this current case.

I'll get back to you shortly.

Best,
Alison

---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*

**AM SULLIVAN LAW, LLC**
+1 224.258.9378
1440 W. Taylor St. #515
Chicago, Illinois 60607
www.AMSullivanLaw.com

**From:** William Brees <wbrees@maxeyfisher.com>
**Sent:** Tuesday, September 29, 2020 4:24 PM
**To:** ams@amsullivanlaw.com <IMCEAAIL-+20ams+40amsullivanlaw+2Ecom@namprd14.prod.outlook.com>
**Cc:** AM Sullivan Law, LLC <attorney@amsullivanlaw.com>; Brittany Maxey-Fisher <bmaxeyfisher@maxeyfisher.com>; lpg@maxeyfisher.com; filecopy <filecopy@maxeyfisher.com>; Haviland Kebler <hkebler@maxeyfisher.com>
**Subject:** Iron Maiden Holdings Ltd v. the Partnerships et al. - Case No. 120CV05251 - Paypal Disruption to Viral Style L.L.C. - Our Reference No. 456044

Good Afternoon Ms. Sullivan,

I left you a voicemail earlier today, but I wanted to follow up with an email to make sure you have my contact information.

Our client, Viral Style L.L.C., a Florida Limited Liability Company, ("Viral Style") received communication from Paypal that its account has been restricted so that funds cannot be

removed or transferred based upon an Order in Case No. 120CV05251, titled Iron Maiden Holdings Ltd v. the Partnerships et al. A copy of the communication is attached to this email.

We believe that the inclusion of Viral Style in whatever order was entered in this case must have been in error after reading the publicly available version of the Complaint in this case for at least the following reasons: 1) Our client is a U.S. business that has been in operation at the same website, in the geographic location of Tampa, Florida, and utilizing the same Paypal account since at least 2014; 2) Its business model does not involve importation of products from overseas, with all of the goods ordered through its websites being printed and shipped from within the United States; and 3) Viral Style also does not sell on online marketplaces such as Amazon, eBay, or AliExpress. Based on our understanding of the Complaint and the reasoning expressed as forming the basis for the Request for a Temporary Restraining Order, Viral Style does not fit within the category of companies sought to be included as Defendants.

Our clients have confirmed that the last communication they received from Iron Maiden Holdings Ltd was in 2018 regarding an Intellectual Property complaint pursuant to its intellectual property complaint policy, that was quickly addressed and closed.

I would appreciate if you would please give me a call regarding this matter so that we can address it as quickly as possible.

Best Regards,

Bill

**William R. Brees**
Senior Intellectual Property Attorney
wbrees@maxeyfisher.com

 

Maxey-Fisher, PLLC
**The City Center**         **Palm Tower**
100 Second Avenue South     1343 Main Street
Suite 401 North             Suite 412
St. Petersburg, Florida 33701   Sarasota, Florida 34236
(t): 727-230-4949           (t): 941-256-0398
(f): 727-230-4827           (f): 727-230-4827

www.maxeyfisher.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.