# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VIRAL STYLE, LLC,

        Plaintiff,

v.                                               Case No. _____

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

        Defendants.

_____/

# EXHIBIT H

# TO

# COMPLAINT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-05251 <br><br> JUDGE THOMAS M. DURKIN <br><br> MAGISTRATE JUDGE SUNIL R. HARJANI |

## FINAL JUDGMENT ORDER

This action, having been commenced by Iron Maiden Holdings, Ltd. ("Iron Maiden" or "Plaintiff") against the Defendants identified in the Schedule A to the Complaint, and using the online marketplace accounts (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and Iron Maiden, having moved for entry of Default and Default Judgment against the Defendants identified in the Amended Schedule A, attached hereto (collectively, the "Defaulting Defendants");

This Court, having entered upon a showing by Iron Maiden, a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants, which included an asset restraining order;

Iron Maiden, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

1

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. In the context of similar cases, ". . . a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In the present case, Plaintiff has presented screenshot evidence that each Defaulting Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks and Copyrights (the "Counterfeit/Infringing Products"). See Docket No. 10, which includes such screenshot evidence, confirming that each Defaulting Defendant does stand ready, willing, and able to ship the counterfeit goods to customers in Illinois, and the goods of which bear infringing and/or counterfeit versions of the Iron Maiden Trademarks identified in Exhibit 1 to the Complaint, and/or which bear versions or derivative content of the Iron Maiden Copyrights, identified in Exhibit 2 to the Complaint.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.), and willful copyright infringement, pursuant to 17 U.S.C. § 504(c);.

IT IS HEREBY ORDERED that Iron Maiden Holdings, Ltd.'s Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Iron Maiden Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Iron Maiden product or not authorized by Iron Maiden to be sold in connection with the Iron Maiden Trademarks and Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Iron Maiden product or any other product produced by Iron Maiden, that is not Iron Maiden's or not produced under the authorization, control or supervision of Iron Maiden and approved by Iron Maiden, for sale under the Iron Maiden Trademarks and Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Iron Maiden, or are sponsored by, approved by, or otherwise connected with Iron Maiden;

    d. further infringing the Iron Maiden Trademarks and Copyrights and damaging Iron Maiden's goodwill;

    e. otherwise competing unfairly with Iron Maiden in any manner;

    f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Iron Maiden, nor authorized by Iron Maiden to be sold or offered for sale, and which bear any of the Iron Maiden Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof;

3

    g. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and,

    h. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Iron Maiden Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine Iron Maiden product, or not authorized by Iron Maiden to be sold in connection with the Iron Maiden Trademarks and Copyrights.

2. Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces such as PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH), eBay, Inc. ("eBay"), Amazon Payments, Inc. ("Amazon"), Etsy, Alipay US, Inc. ("Alipay"), iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo (collectively, the "Online Marketplaces"), shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the Iron Maiden Trademarks and Copyrights, including any accounts associated with the Defaulting Defendants listed on the Amended Schedule A, attached hereto;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Iron Maiden Trademarks and Copyrights; and

4

  c. take all steps necessary to prevent links to the Seller Aliases identified on the Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Iron Maiden is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit Iron Maiden Trademarks on products sold through at least the Defendant Internet Stores.

4. Pursuant to 17 U.S.C. § 504(c)(2), Iron Maiden is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Iron Maiden Copyrights. The one hundred thousand dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Schedule A.

5. PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH"), eBay, Inc. ("eBay"), Amazon Payments, Inc. ("Amazon"), Etsy, and Alipay US, Inc. ("Alipay"), and any other online marketplace or payment processor in privity with Defendants, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts, or Defaulting Defendants' websites, identified on the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by eBay, PayPal, WISH, Amazon, Etsy, Payoneer, Alipay, and/or any other payment processors (collectively, the "Payment Processors"), are hereby released to Iron Maiden as partial payment of the above-identified damages, and the Payment Processors are ordered to release to

Iron Maiden the amounts from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

7. Until Iron Maiden has recovered full payment of monies owed to it by any Defaulting Defendant, Iron Maiden shall have the ongoing authority to serve this Order on the Online Marketplaces and Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Online Marketplaces and Payment Processors shall within ten (10) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites, including, but not limited to, any eBay, PayPal, WISH, Amazon, Etsy, and Alipay accounts;

   b. Restrain and enjoin such accounts or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants; and,

   c. Release all monies restrained in Defaulting Defendants' accounts, including, but not limited to, PayPal, WISH, Amazon, Etsy, and Alipay accounts, to Iron Maiden, as partial payment of the above-identified damages;

   d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller Aliases shall disable and/or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller alias names identified and/or being used and/or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's Iron Maiden Trademarks and Copyrights.

8. Until Iron Maiden has recovered full payment of monies owed to it by any Defaulting Defendant, Iron Maiden shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the

event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within ten (10) business days:

  a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts, or Defaulting Defendants' websites;

  b. Restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other assets of Defaulting Defendants; and,

  c. Release all monies restrained in Defaulting Defendants' financial accounts to Iron Maiden, as partial payment of the above-identified damages;

9. In the event that Iron Maiden identifies any additional online marketplace accounts, domain names, third-party payment processor accounts, and/or financial accounts owned by Defaulting Defendants, Iron Maiden may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses originally identified and served, and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: December 1, 2020

_____
United States District Court Judge Thomas M. Durkin

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-05251 <br><br> JUDGE THOMAS M. DURKIN <br><br> MAGISTRATE JUDGE SUNIL R. HARJANI |

## AMENDED SCHEDULE A

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | UP TO 60% OFF Store | https://www.aliexpress.com/store/4977056 |
| 2 | hiowuginlkn | https://www.amazon.com/sp?seller=A1CJZYE4H2ZY0I |
| 3 | huang jin. | https://www.amazon.com/sp?seller=AI7OROG8IWMHA |
| 4 | JackRdd | https://www.amazon.com/sp?seller=A3T16Z1LFABAYX |
| 5 | yamakadoshop | https://www.etsy.com/uk/shop/yamakadoshop |
| 6 | Fashion Trade | https://www.vova.com/merchant-pdkg89jr3kzc8elt/ |
| 7 | kdfghkdrthj | https://www.amazon.com/sp?seller=A1XCO414DUV5OE |
| 8 | Lilyland | https://www.amazon.com/sp?seller=A37KX123P9DVYK |
| 9 | teegogo | https://www.amazon.com/sp?seller=AYWVSSSZVM543 |
| 10 | FUNSHINE | https://www.vova.com/merchant-dyxu9fwdsg7w4rnk/ |
| 11 | 2015_megastore | https://www.ebay.com/usr/2015_megastore |
| 12 | alesinde-0 | https://www.etsy.com/shop/CookieCutters4U |
| 13 | alex528ru | https://www.ebay.com/usr/alex528ru |
| 14 | doneboutique | https://www.ebay.com/usr/doneboutique |
| 15 | giang_9187 | https://www.ebay.com/usr/giang_9187 |
| 16 | SOUTHFEATHER | https://www.vova.com/merchant-8apxhcdaiwbmrs5y/ |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 17 | gt2767 | https://www.ebay.com/usr/gt2767 |
| 18 | khoihu_0 | https://www.etsy.com/shop/YeoysScienceTees |
| 19 | kingalonestore88 | https://www.etsy.com/shop/Ironyltd |
| 20 | kle2592 | https://www.ebay.com/usr/kle2592 |
| 21 | lu_9466 | https://www.etsy.com/shop/DolceCakeToppers |
| 22 | luxuryprint | https://www.ebay.com/usr/luxuryprint |
| 23 | phaha-4 | https://www.etsy.com/shop/BuyCoolShirts |
| 24 | satyadimar_id | https://www.etsy.com/shop/MarkLewisArt |
| 25 | sindukadafi | https://mayutrade.en.alibaba.com/ |
| 26 | sunstore_899 | https://www.ebay.com/usr/sunstore_899 |
| 27 | super_decals_stickers | https://www.ebay.com/usr/super_decals_stickers |
| 28 | zdanov-bp-1 | https://www.ebay.com/usr/zdanov-bp-1 |
| 29 | GiftsDesignShop | https://www.etsy.com/shop/UnicorniaCrossStitch |
| 30 | DISMISSED | |
| 31 | OrkoJewelryInc | https://www.etsy.com/shop/OpenRoadArtShop |
| 32 | SuperDec | https://www.etsy.com/shop/VintagedVintages |
| 33 | TinkerBellShopArt | https://www.etsy.com/shop/FramedArtSource |
| 34 | Tplaytown | https://www.etsy.com/shop/CowAndCalfArt |
| 35 | WoodenAngelArt | https://www.etsy.com/shop/FanaToonic |
| 36 | The Garden Net | https://www.vova.com/merchant-8j8c96gqde48924j/ |
| 37 | XINKE | https://www.vova.com/merchant-wvncn3p1hy8iu0ln/ |
| 38 | blackswhite_store | https://www.ebay.com/usr/blackswhite_store |
| 39 | DISMISSED | |
| 40 | chaucaop47 | https://www.ebay.com/usr/chaucaop47 |
| 41 | goodkitchen4u | https://www.ebay.com/usr/goodkitchen4u |
| 42 | huntefirs-0 | https://www.ebay.com/usr/huntefirs-0 |
| 43 | jaidee006 | https://www.ebay.com/usr/jaidee006 |
| 44 | khamou21 | https://www.ebay.com/usr/khamou21 |
| 45 | kitchen-trend | https://www.ebay.com/usr/kitchen-trend |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 46 | lukepla16 | https://www.ebay.com/usr/lukepla16 |
| 47 | metal_garage | https://www.ebay.com/usr/metal_garage |
| 48 | new-tshirt1102 | http://www.ebay.com/usr/new-tshirt1102 |
| 49 | nguho-1866 | http://www.ebay.com/usr/nguho-1866 |
| 50 | nguhuu59 | http://www.ebay.com/usr/nguhuu59 |
| 51 | nguna_0 | http://www.ebay.com/usr/nguna_0 |
| 52 | nvgstore | http://www.ebay.com/usr/nvgstore |
| 53 | only-love-store | http://www.ebay.com/usr/only-love-store |
| 54 | qudoan-0 | http://www.ebay.com/usr/qudoan-0 |
| 55 | silverlilia | http://www.ebay.com/usr/silverlilia |
| 56 | thanhn_5 | http://www.ebay.com/usr/thanhn_5 |
| 57 | tmgaucon | http://www.ebay.com/usr/tmgaucon |
| 58 | tru-9394 | http://www.ebay.com/usr/tru-9394 |
| 59 | truststore68 | http://www.ebay.com/usr/truststore68 |
| 60 | vu3123 | http://www.ebay.com/usr/vu3123 |
| 61 | Jill AK Hambrick | https://www.amazon.com/sp?seller=A16Q70IEKU9508 |
| 62 | LONPENE | https://www.amazon.com/sp?seller=A18XTUZWLBAJVD |
| 63 | TINGISME | https://www.amazon.com/sp?seller=A2AAB2STRH9ELL |
| 64 | ALES1GEN NESSS | https://www.amazon.com/sp?seller=A2AR8DBPWZULJN |
| 65 | QmyhHohegtx | https://www.amazon.com/sp?seller=A2WDHJW7XCCA6V |
| 66 | Estivation | https://www.amazon.com/sp?seller=A32JSOPRUY8KF2 |
| 67 | zhuangshizhuangxiu | https://www.amazon.com/sp?seller=A33P3HO4VSPNQJ |
| 68 | Lzxlxr | https://www.amazon.com/sp?seller=A3OU3JDTWLBONE |
| 69 | sun fafgh | https://www.amazon.com/sp?seller=ADZURCO5HFQVV |
| 70 | DISMISSED | |
| 71 | DISMISSED | |
| 72 | 201EXPRESS | https://201express.com/collections/iron-maiden/products/iron-maiden-reusable-mask-with-pm2-5-filter-4 |
| 73 | 89ARTSHIRT | https://89artshirt.com/collection/f016 |
| 74 | DISMISSED | |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 75 | BEATTEE | https://beattee.com |
| 76 | COWSTEE | https://cowstee.com/bgi0ltv-camp-ironmaiden?prop%5Bcolor%5D=white&product=86&side=front |
| 77 | DISMISSED | |
| 78 | Metalnskull | https://metalnskull.com/product/iron-number-of-the-beast-shirt/ |
| 79 | NEW VERSION | https://www.nunupoo.com/iroda?checkout=cart |
| 80 | DISMISSED | |
| 81 | PRINTS4U | https://www.prints4u.net/product-category/music-posters/iron-maiden-posters/ |
| 82 | DISMISSED | |
| 83 | DISMISSED | |
| 84 | DISMISSED | |
| 85 | TEECOOL | https://teecooll.com |
| 86 | irm | https://www.teefabee.com/stores/irm |
| 87 | TEESWORLD | https://teesworld.us/ |
| 88 | DISMISSED | |
| 89 | DISMISSED | |
| 90 | TWIEVIVU | https://www.twievivu.com/minIronMaiden?retailProductCode=0623D3D3A3A4A2-1B840525ECE2-PS2-TC2000-WHT |
| 91 | DISMISSED | |
| 92 | UNICUS ORIGINAL | https://unicusoriginal.com/collections/iron-maiden |
| 93 | DISMISSED | |
| 94 | VREX STORE | https://www.vrexstore.com/kirmt |
| 95 | DISMISSED | |
| 96 | DISMISSED | |
| 97 | BAEELLY | https://www.baeelly.com/products/mt434 |
| 98 | ELIPTEE.COM | https://www.eliptee.com/mask-2004-1 |
| 99 | MOTEEFE | https://moteefe.com/store/iron-maiden-st/34933841-maiden211?color=black&product=men-s-t-shirt |
| 100 | DISMISSED | |