# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VIRAL STYLE, LLC,

       Plaintiff,

v.                                                                                     Case No. _____

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

       Defendants.

_____/

## EXHIBIT I

## TO

## COMPLAINT

# Holland & Knight

100 North Tampa Street, Suite 4100 | Tampa, FL 33602 | T  | F 813.229.0134
Holland & Knight LLP | www.hklaw.com

David J. Lisko
+1 813-227-6397
David.Lisko@hklaw.com

February 16, 2021

*Via Email and Federal Express*

Iron Maiden Holdings Ltd.
Ann Marie Sullivan
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
ams@amsullivanlaw.com

      Re:    **Demand For Immediate Return of Funds – Fla. Stat. § 772.11 30 Days' Notice**

Greetings:

Viral Style, LLC ("Viral Style") has engaged the law firm of Holland & Knight LLP related to Iron Maiden Holdings Ltd. ("Iron Maiden") improperly taking $200,000.00, without authorization, from Viral Style's PayPal account on February 1, 2021. The entire $200,000.00 must be returned to Viral Style by the end of business on February 19, 2021 or Viral Style will file suit against Iron Maiden. If suit is filed, Viral Style will seek all possible damages, including for its attorneys' fees, against Iron Maiden. If Iron Maiden does not return the $200,000.00 to Viral Style on or before Thursday March 18, 2021, pursuant to Fla. Stat. § 772.11, Iron Maiden will be liable to Viral Style for treble damages ($600,000.00). If, however, Iron Maiden does the right thing and pays the $200,000.00 back to Viral Style on or before March 18, 2021, Viral Style shall give Iron Maiden a written release from further civil liability related to the improper taking of the $200,000.00

As Iron Maiden's attorney is aware, because she used Viral Style' website, Viral Style is an online service provider e-commerce platform and/or marketplace. Viral Style's online platform enables individuals, organizations, charities, and companies to create, sell, and distribute unique products. Viral Style enables online user sellers to sell products in a variety of categories, including but not limited to clothing, hats, and accessories. The process by which third-party user sellers use the Viral Style website to sell their products is as follows:

      A.    After creating an account, a prospective user seller chooses a product category, a specific product and later, specific materials.

February 16, 2021
Page 2

    B.    The prospective user seller selects a design template (e.g., Adobe Illustrator or Photoshop) and adds text and/or artwork and designs to the product. A prospective user seller may select a design from the suite of designs Viral Style offers or a prospective user seller may customize its product design by uploading an image of its choosing.

    C.    The user seller determines the price.

    D.    Eventually, the user seller posts the product for sale on the Viral Style website (referred to as a "launch" or a "campaign") and advertises the sale of the products as they see fit.

    E.    If there are sales, proceeds are paid to Viral Style by the customer via PayPal and Viral Style pays a portion of the sale proceeds to the user seller. Viral Style retains a portion of the sale proceeds as administrative charges.

User sellers launch or relaunch approximately 4000 campaigns each day on the Viral Style website. By using the Viral Style website, user sellers agree to Viral Style's "Terms of Service," which incorporates Viral Style's User Agreement, the Intellectual Property Complaint Policy, Viral Style's Counter-Notice Policy, Viral Style's Repeat Intellectual Property Complaint Policy, Viral Style's Refund Policy, and Viral Style's Privacy Policy. These policies are designed, in part, to prevent copyright and trademark infringement.

Viral Style is not a copyright infringer and is protected from allegations of copyright infringement by the Digital Millennium Copyright Act's ("DMCA") safe harbor for online service provider e-commerce platforms and/or marketplaces. As is clear from the Viral Style website, and therefore is known by Iron Maiden's attorney (because she used the Viral Style website),[1] Viral Style meets the DMCA safe harbor requirements. As an experienced intellectual property attorney, Iron Maiden's counsel is well aware of the DMCA safe harbor.

On September 4, 2020, Iron Maiden sued hundreds of defendants, alleging a complex and well-organized international conspiracy to infringe on Iron Maiden's intellectual property, Case No.: 1:20-cv-05251 (the "Lawsuit"). Viral Style was one of the named defendants in the Lawsuit but was never served with anything by Iron Maiden related to the Lawsuit. It does not appear that any attempts were even made to serve Viral Style. Iron Maiden sought an *ex parte* injunction related to the Lawsuit, which was granted (the "Preliminary Injunction"). No defendant attempted to block the Preliminary Injunction and no defense attorney was present during the hearing in which Iron Maiden was granted the Preliminary Injunction.

---

[1] *See* Memorandum In Support of Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery (Dkt. 10), Declaration of Paul Varley, Exhibit 3 (Pg. 218 of 234).

#82105052_v1

February 16, 2021
Page 3

As a result of the Preliminary Injunction, on September 28, 2020, Iron Maiden froze Viral Style's PayPal account that it uses day-to-day to conduct business. When Viral Style inquired into why its PayPal account was frozen, PayPal instructed that it was because of the Lawsuit. Immediately, through counsel, Viral Style made contact with Iron Maiden's counsel to unfreeze its PayPal account. Counsel for Viral Style informed Iron Maiden that Viral Style was not involved in an international conspiracy to infringe on Iron Maiden's intellectual property, that Viral Style was an online service provider e-commerce platform and/or marketplace, and that Viral Style should immediately be dismissed as a defendant in the Lawsuit. Counsel for Iron Maiden responded, stating that Viral Style was likely named as a defendant in the Lawsuit in error but that perhaps Viral Style was liable for infringing on Iron Maiden's intellectual property in some way unrelated to the Lawsuit. On September 30, 2020, Iron Maiden's counsel followed up, stating that Viral Style was brought into the Lawsuit in error but that two other defendants in the Lawsuit, "BEATTEE" and "89ARTSHIRT" shared a PayPal account with Viral Style and therefore the PayPal account being discussed would need to remain frozen. Of course, this statement was inaccurate, which Iron Maiden's counsel was aware of because she is a user of Viral Style's website. Viral Style does not share its PayPal account with its tens of thousands of user sellers (including BEATTEE or 89ARTSHIRT). Viral Style accepts and makes payments through its PayPal account, it does not share its account. No person or company other than Viral Style has any administrative rights or responsibilities related to Viral Style's PayPal account.[2]

Following this dialogue, on October 2, 2020, Iron Maiden dismissed Viral Style from the Lawsuit and Viral Style's PayPal account was unfrozen. It appears that something similar happened with other defendants in the Lawsuit. Any defendant represented by defense counsel was dismissed from the Lawsuit. This allowed Iron Maiden to proceed forward in the Lawsuit without any defense being presented to the court ever. On November 25, 2020, almost two months after Viral Style was dismissed from the Lawsuit, Iron Maiden filed a motion for default as to all remaining defendants, none of which had made any filings in the Lawsuit. On December 1, 2020, with no defense counsel present, the court held a hearing on Iron Maiden's motion for default and granted a Final Judgment Order as to the defaulted defendants (only). Of course, Viral Style was not a defaulted defendant subject to the Final Judgment Order because Viral Style was not even a defendant in the Lawsuit at that time. Viral Style was dismissed from the Lawsuit two months prior.

Without providing any notice to Viral Style, Iron Maiden improperly and without any authority to do so took $200,000.00 from Viral Style's PayPal account on February 1, 2021. Iron Maiden did so with full knowledge that (a) Viral Style was dismissed from the Lawsuit, (b) was only named as a defendant in the Lawsuit by mistake, (c) was an online service provider e-commerce platform

---

[2] Viral Style has not, actually, made any payments to BEATEE or 89ARTSHIRT via its PayPal account. Thus, if BEATEE or 89ARTSHIRT sold any products that infringed on Iron Maiden's intellectual property, they did not receive any compensation related to the infringement from Viral Style's PayPal account.

#82105052_v1

February 16, 2021
Page 4

and/or marketplace, and (d) that Viral Style did not share its PayPal account with BEATEE or 89ARTSHIRT.

Iron Maiden is currently in possession of $200,000.00 that belongs to Viral Style. Iron Maiden is guilty of civil theft in violation of Fla. Stat. § 772.11. This money must be paid back immediately or Viral Style will file suit against Iron Maiden. Please conduct yourself accordingly.

Sincerely yours,

HOLLAND & KNIGHT LLP

David J. Lisko

#82105052_v1

# Holland & Knight

100 North Tampa Street, Suite 4100 | Tampa, FL 33602 | T | F 813.229.0134
Holland & Knight LLP | www.hklaw.com

David J. Lisko
+1 813-227-6397
David.Lisko@hklaw.com

February 18, 2021

*Via Email and Federal Express*

Iron Maiden Holdings Ltd.
c/o Ann Marie Sullivan
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
ams@amsullivanlaw.com

AM Sullivan Law, LLC
c/oAnn Marie Sullivan
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
ams@amsullivanlaw.com

   Re:  **Demand For Immediate Return of Funds – Fla. Stat. § 772.11 30 Days' Notice**

Greetings:

As you know, Viral Style, LLC ("Viral Style") has engaged the law firm of Holland & Knight LLP related to Iron Maiden Holdings Ltd. ("Iron Maiden") improperly taking $200,000.00, without authorization, from Viral Style's PayPal account on February 1, 2021. As previously explained in Viral Style's February 16, 2021 demand letter, the entire $200,000.00 must be returned to Viral Style by the end of business on February 19, 2021, or Viral Style will file suit against Iron Maiden. In addition, Viral Style will file suit again Iron Maiden's counsel, AM Sullivan Law, LLC ("AM Sullivan Law"), for, among other things, its improper conduct of maliciously filing a frivolous lawsuit against Viral Style, abusing the judicial process by obtaining an improper freeze on Viral Style's accounts, making numerous misrepresentations to and about Viral Style, and assisting with the theft of Viral Style's $200,000.00.  If suit is filed, Viral Style will seek all possible damages, including for its attorneys' fees, against Iron Maiden and AM Sullivan Law. If Iron Maiden does not return the $200,000.00 to Viral Style on or before Friday March 19, 2021, pursuant to Fla. Stat. § 772.11, Iron Maiden and AM Sullivan Law will be liable to Viral Style for treble damages ($600,000.00). If, however, Iron Maiden does the right thing and pays the $200,000.00 back to Viral Style on or before March 18, 2021, Viral Style shall give Iron Maiden a written release from

February 18, 2021
Page 2

further civil liability related to the improper taking of the $200,000.00. Viral Style will also consider a written release of AM Sullivan Law if Iron Maiden returns the funds.

Because this letter is directed at both Iron Maiden and AM Sullivan Law, Viral Style will reiterate the information contained in Viral Style's February 16, 2021 demand letter.

As Iron Maiden's attorney is aware, because she used Viral Style' website, Viral Style is an online service provider e-commerce platform and/or marketplace. Viral Style's online platform enables individuals, organizations, charities, and companies to create, sell, and distribute unique products. Viral Style enables online user sellers to sell products in a variety of categories, including but not limited to clothing, hats, and accessories. The process by which third-party user sellers use the Viral Style website to sell their products is as follows:

    A.    After creating an account, a prospective user seller chooses a product category, a specific product and later, specific materials.

    B.    The prospective user seller selects a design template (e.g., Adobe Illustrator or Photoshop) and adds text and/or artwork and designs to the product. A prospective user seller may select a design from the suite of designs Viral Style offers or a prospective user seller may customize its product design by uploading an image of its choosing.

    C.    The user seller determines the price.

    D.    Eventually, the user seller posts the product for sale on the Viral Style website (referred to as a "launch" or a "campaign") and advertises the sale of the products as they see fit.

    E.    If there are sales, proceeds are paid to Viral Style by the customer via PayPal and Viral Style pays a portion of the sale proceeds to the user seller. Viral Style retains a portion of the sale proceeds as administrative charges.

User sellers launch or relaunch approximately 4000 campaigns each day on the Viral Style website. By using the Viral Style website, user sellers agree to Viral Style's "Terms of Service," which incorporates Viral Style's User Agreement, the Intellectual Property Complaint Policy, Viral Style's Counter-Notice Policy, Viral Style's Repeat Intellectual Property Complaint Policy, Viral Style's Refund Policy, and Viral Style's Privacy Policy. These policies are designed, in part, to prevent copyright and trademark infringement.

Viral Style is not a copyright infringer and is protected from allegations of copyright infringement by the Digital Millennium Copyright Act's ("DMCA") safe harbor for online service provider e-commerce platforms and/or marketplaces. As is clear from the Viral Style website, and therefore

February 18, 2021
Page 3

is known by Iron Maiden's attorney (because she used the Viral Style website),[1] Viral Style meets the DMCA safe harbor requirements. As an experienced intellectual property attorney, Iron Maiden's counsel is well aware of the DMCA safe harbor.

On September 4, 2020, Iron Maiden sued hundreds of defendants, alleging a complex and well-organized international conspiracy to infringe on Iron Maiden's intellectual property, Case No.: 1:20-cv-05251 (the "Lawsuit"). Viral Style was one of the named defendants in the Lawsuit but was never served with anything by Iron Maiden related to the Lawsuit. It does not appear that any attempts were even made to serve Viral Style. Iron Maiden sought an *ex parte* injunction related to the Lawsuit, which was granted (the "Preliminary Injunction"). No defendant attempted to block the Preliminary Injunction and no defense attorney was present during the hearing in which Iron Maiden was granted the Preliminary Injunction.

As a result of the Preliminary Injunction, on September 28, 2020, Iron Maiden froze Viral Style's PayPal account that it uses day-to-day to conduct business. When Viral Style inquired into why its PayPal account was frozen, PayPal instructed that it was because of the Lawsuit. Immediately, through counsel, Viral Style made contact with Iron Maiden's counsel to unfreeze its PayPal account. Counsel for Viral Style informed Iron Maiden that Viral Style was not involved in an international conspiracy to infringe on Iron Maiden's intellectual property, that Viral Style was an online service provider e-commerce platform and/or marketplace, and that Viral Style should immediately be dismissed as a defendant in the Lawsuit. Counsel for Iron Maiden responded, stating that Viral Style was likely named as a defendant in the Lawsuit in error but that perhaps Viral Style was liable for infringing on Iron Maiden's intellectual property in some way unrelated to the Lawsuit. On September 30, 2020, Iron Maiden's counsel followed up, stating that Viral Style was brought into the Lawsuit in error but that two other defendants in the Lawsuit, "BEATTEE" and "89ARTSHIRT" shared a PayPal account with Viral Style and therefore the PayPal account being discussed would need to remain frozen. Of course, this statement was inaccurate, which Iron Maiden's counsel was aware of because she is a user of Viral Style's website. Viral Style does not share its PayPal account with its tens of thousands of user sellers (including BEATTEE or 89ARTSHIRT). Viral Style accepts and makes payments through its PayPal account, it does not share its account. No person or company other than Viral Style has any administrative rights or responsibilities related to Viral Style's PayPal account.[2]

Following this dialogue, on October 2, 2020, Iron Maiden dismissed Viral Style from the Lawsuit and Viral Style's PayPal account was unfrozen. It appears that something similar happened with

---

[1] *See* Memorandum In Support of Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery (Dkt. 10), Declaration of Paul Varley, Exhibit 3 (Pg. 218 of 234).

[2] Viral Style has not, actually, made any payments to BEATEE or 89ARTSHIRT via its PayPal account. Thus, if BEATEE or 89ARTSHIRT sold any products that infringed on Iron Maiden's intellectual property, they did not receive any compensation related to the infringement from Viral Style's PayPal account.

February 18, 2021
Page 4

other defendants in the Lawsuit. Any defendant represented by defense counsel was dismissed from the Lawsuit. This allowed Iron Maiden to proceed forward in the Lawsuit without any defense being presented to the court ever. On November 25, 2020, almost two months after Viral Style was dismissed from the Lawsuit, Iron Maiden filed a motion for default as to all remaining defendants, none of which had made any filings in the Lawsuit. On December 1, 2020, with no defense counsel present, the court held a hearing on Iron Maiden's motion for default and granted a Final Judgment Order as to the defaulted defendants (only). Of course, Viral Style was not a defaulted defendant subject to the Final Judgment Order because Viral Style was not even a defendant in the Lawsuit at that time. Viral Style was dismissed from the Lawsuit two months prior.

Without providing any notice to Viral Style, Iron Maiden improperly and without any authority to do so took $200,000.00 from Viral Style's PayPal account on February 1, 2021. Iron Maiden did so with full knowledge that (a) Viral Style was dismissed from the Lawsuit, (b) was only named as a defendant in the Lawsuit by mistake, (c) was an online service provider e-commerce platform and/or marketplace, and (d) that Viral Style did not share its PayPal account with BEATEE or 89ARTSHIRT.

Iron Maiden is currently in possession of $200,000.00 that belongs to Viral Style. Iron Maiden and AM Sullivan Law are guilty of civil theft in violation of Fla. Stat. § 772.11. This money must be paid back immediately or Viral Style will file suit against Iron Maiden and AM Sullivan Law. Please conduct yourself accordingly.

Sincerely yours,

HOLLAND & KNIGHT LLP

David J. Lisko

#82207232_v1