# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VIRAL STYLE, LLC,

       Plaintiff,

v.                                        Case No. _____

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

       Defendants.

_____/

# EXHIBIT J

# TO

# COMPLAINT

---------- Forwarded message ---------
From: <service@paypal.com>
Date: Mon, Sep 28, 2020 at 10:32 AM
Subject: Your account has been limited until you provide some additional information
To: order@viralstyle.com <order@viralstyle.com>


Dear Brandon Congleton:

We received a court order on September 28, 2020, affecting your access to your PayPal account due to possible infringement of intellectual properties of Iron Maiden. Until further notice, your ability to send payments, receive payments, withdraw funds, or access the funds in your PayPal account has been limited.

A judgment order may follow and require us to take further actions on the funds in your PayPal account. If you have any questions about this infringement action, it is important that you contact the plaintiff's representative outlined below to respond to this issue:

AM Sullivan Law, LLC
attorney@amsullivanlaw.com

Court Order Details
Court: U.S. District Court for the Northern District of Illinois
Plaintiff: Iron Maiden
Court Case Number: Iron Maiden Holdings LTD v The Partnerships et al; Case No. 120CV05251

If you have any questions, please contact us by clicking Help at the bottom of the PayPal homepage.

Sincerely,
PayPal

Copyright © 1999-2020 PayPal. All rights reserved.

****************************************************

4