# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VIRAL STYLE, LLC,

    Plaintiff,

v.                                  Case No. 8:21-cv-00439-SDM-TGW

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

    Defendants.
_____/

## NOTICE OF A RELATED ACTION

Pursuant to Middle District of Florida Local Rule 1.07(c), Plaintiff Viral Style, LLC ("Viral Style") notifies the Court of a related action filed by Defendant AM Sullivan Law, LLC, on behalf of Defendant Iron Maiden Holdings Ltd., in the U.S. District Court for the Northern District of Illinois, styled, *XYZ Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, Case No. 1:20-cv-05251. As fully explained in the Complaint, Viral Style was originally named as a defendant in that lawsuit by accident. Therefore, Viral Style was voluntarily dismissed from the lawsuit shortly after it was filed. Viral Style was never served process in that lawsuit, and Viral Style did not file any papers in that lawsuit or have any involvement in that lawsuit whatsoever.

Dated: February 26, 2021                  HOLLAND & KNIGHT LLP

                                                   */s/ Daniel L. Buchholz*
                                                   David J. Lisko, FBN: 92841

2

        david.lisko@hklaw.com
        Daniel L. Buchholz, FBN: 1010188
        daniel.buchholz@hklaw.com
        100 N. Tampa Street, Suite 4100
        Tampa FL 33602
        813-227-8500

*Attorneys for Plaintiff*
*Viral Style, LLC*