UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRAL STYLE, LLC,

  Plaintiff,

v.              Case No. 8:21-cv-00439-SDM-TGW

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

  Defendants.
_____/

**NOTICE OF PROOF OF SERVICE ON**
**DEFENDANT AM SULLIVAN LAW, LLC**

  Pursuant to Middle District of Florida Local Rule 1.10, Plaintiff Viral Style, LLC files the attached proof of service on Defendant AM Sullivan Law, LLC ("AMS Law"). On March 12, 2021, AMS Law agreed to accept service of process via email. (*See* Exhibit 1).

| | |
|---|---|
| Dated: March 18, 2021 | HOLLAND & KNIGHT LLP |
| | |
| | */s/ Daniel L. Buchholz* |
| | David J. Lisko, FBN: 92841 |
| | david.lisko@hklaw.com |
| | Daniel L. Buchholz, FBN: 1010188 |
| | daniel.buchholz@hklaw.com |
| | 100 N. Tampa Street, Suite 4100 |
| | Tampa FL 33602 |
| | 813-227-8500 |
| | |
| | *Attorneys for Plaintiff* |
| | *Viral Style, LLC* |

#82901871_v1