# Exhibit 1

| From: | Alison Carter |
|---|---|
| To: | Buchholz, Daniel L (TPA - X36580); Ann Marie Sullivan |
| Cc: | Lisko, David J (TPA - X36397) |
| Subject: | RE: Case 8:21-cv-00439 Viral Style, LLC v. Iron Maiden Holdings Ltd. et al Complaint |
| Date: | Sunday, March 14, 2021 4:52:42 PM |

*[External email]*

Hi, Daniel –

Thank you for the clarification. To confirm, I agree to accept service via email on behalf of AM Sullivan Law and will consider service effectuated as of Friday, March 12th.

It has taken us longer than anticipated, however, we expect our engagement letter to be finalized tomorrow for Cole, Scott & Kissane to represent us in this matter. I do have a few contacts for you there, but I want to wait for everything to be finalized prior to providing those to you.

Please do not reach out to CSK until I send you those contacts, which I expect to be able to do by end of day Tuesday at the latest. Until then, please feel free to reach out to me directly.

Best,
Alison


---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*
+1 224.772.4742 | akc@amsullivanlaw.com

**AM S**ULLIVAN **L**AW**, LLC**

---

**From:** Daniel.Buchholz@hklaw.com <Daniel.Buchholz@hklaw.com>
**Sent:** Friday, March 12, 2021 11:26 AM
**To:** Alison Carter <akc@amsullivanlaw.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** David.Lisko@hklaw.com
**Subject:** RE: Case 8:21-cv-00439 Viral Style, LLC v. Iron Maiden Holdings Ltd. et al Complaint

Alison:

Understood, and thank you for that explanation. To clarify, we are not requesting formal waiver of service pursuant to FRCP 4(d). Instead, we are requesting that you accept service of process on behalf of AM Sullivan Law, LLC via email. Attached are copies of the complaint and summons. By the way, we were just advised that our process server unsuccessfully attempted to serve your law firm for a third time on March 10, 2021.

Additionally, could you please send the contact information for the outside counsel that you stated your firm retained?

Thank you.

**Daniel L. Buchholz** | **Holland & Knight**
Associate

Holland & Knight LLP

100 North Tampa Street, Suite 4100 | Tampa, Florida 33602

Phone 813.227.6580 | Fax 813.229.0134

daniel.buchholz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Alison Carter <akc@amsullivanlaw.com>
**Sent:** Friday, March 12, 2021 11:08 AM
**To:** Buchholz, Daniel L (TPA - X36580) <Daniel.Buchholz@hklaw.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** Lisko, David J (TPA - X36397) <David.Lisko@hklaw.com>
**Subject:** RE: Case 8:21-cv-00439 Viral Style, LLC v. Iron Maiden Holdings Ltd. et al Complaint

*[External email]*
Hi, Daniel –

That oversight was my fault. I kept reading your previous communications as asking if we would accept service solely on Iron Maiden's behalf, which as I'm going back over to review, was clearly not the case. AM Sullivan Law will waive formal service of process. I had anticipated after you emailed us the Complaint for you to follow up with a request for us to do so, but that did not come through, so I assumed it was still to come. My apologies for the inconvenience.

If you could email us the service documents and waiver forms, that would be appreciated.

Please let us know if this is sufficient or you need more information regarding service.

Best,
Alison

---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*
+1 224.772.4742 | akc@amsullivanlaw.com

**AM SULLIVAN LAW, LLC**

---

**From:** Daniel.Buchholz@hklaw.com <Daniel.Buchholz@hklaw.com>
**Sent:** Thursday, March 11, 2021 5:26 PM
**To:** Alison Carter <akc@amsullivanlaw.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Cc:** David.Lisko@hklaw.com
**Subject:** RE: Case 8:21-cv-00439 Viral Style, LLC v. Iron Maiden Holdings Ltd. et al Complaint

Ann Marie and Allison:

We are again following up on our continued requests that you accept service of process on behalf of AM Sullivan Law, LLC. We asked whether you will accept service on behalf of your law firm on February 25 and March 5, but you have failed to respond to our requests. In addition, despite our requests, you have not sent us the contact information for your counsel that your firm apparently

retained.

We have made multiple attempts to serve your law firm. On March 5, our process server attempted to serve your firm at 507 N. Oakley Blvd. #2, Chicago, IL 60612 – the address listed as your firm's principal office with Illinois Secretary of State – but our process server informed us that neither your firm nor its registered agent are located there. On March 9, our process server attempted to serve your firm at 1440 W. Taylor Street, Suite 515, Chicago, IL 60607 – the address listed on your firm's website (among other places) – but our process server informed us that a packing/shipping store occupies this location.

Due to our repeated unsuccessful service attempts, it appears your law firm is evading service of process. Rather than filing a motion with the court, we wanted to provide you with a final opportunity to accept service of process on behalf of your law firm. Please advise by close of business tomorrow, March 12, 2021, whether you will accept service of process on behalf of AM Sullivan Law, LLC.

Thank you.

**Daniel L. Buchholz** | **Holland & Knight**
Associate
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone 813.227.6580 | Fax 813.229.0134
daniel.buchholz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Lisko, David J (TPA - X36397) <David.Lisko@hklaw.com>
**Sent:** Saturday, March 6, 2021 2:19 PM
**To:** Alison Carter <akc@amsullivanlaw.com>
**Cc:** Buchholz, Daniel L (TPA - X36580) <Daniel.Buchholz@hklaw.com>; Ann Marie Sullivan <ams@amsullivanlaw.com>
**Subject:** Re: Case 8:21-cv-00439 Viral Style, LLC v. Iron Maiden Holdings Ltd. et al Complaint

Who is your counsel?

Sent from my iPhone

> On Mar 6, 2021, at 2:03 PM, Alison Carter <akc@amsullivanlaw.com> wrote:
>
> *[External email]*
> Hi, David –
>
> Our firm has obtained counsel to represent us in this matter. I will forward those details to

you shortly. All subsequent communications should go through them. As stated previously, at this time, Iron Maiden has not given authorization for us to accept service on their behalf.

Best,
Alison

---
**Alison K. Carter, Esq.**
*Intellectual Property Attorney*
+1 224.772.4742 | akc@amsullivanlaw.com

**AM Sullivan Law, LLC**

**From:** David.Lisko@hklaw.com <David.Lisko@hklaw.com>
**Sent:** Friday, March 5, 2021 10:51 AM
**To:** Ann Marie Sullivan <ams@amsullivanlaw.com>; Alison Carter <akc@amsullivanlaw.com>; Daniel.Buchholz@hklaw.com
**Subject:** RE: Case 8:21-cv-00439 Viral Style, LLC v. Iron Maiden Holdings Ltd. et al Complaint

Ann,

Your lack of a response is unprofessional and surprising. Please let me know if you will accept service for your law firm and Iron Maiden.

Thank you.

**David Lisko** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone 813.227.6397 | Fax 813.229.0134
david.lisko@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Lisko, David J (TPA - X36397)
**Sent:** Thursday, February 25, 2021 11:53 AM
**To:** Ann Marie Sullivan <ams@amsullivanlaw.com>; 'Alison Carter' <akc@amsullivanlaw.com>; Buchholz, Daniel L (TPA - X36580) <Daniel.Buchholz@hklaw.com>
**Subject:** Case 8:21-cv-00439 Viral Style, LLC v. Iron Maiden Holdings Ltd. et al Complaint

Ann,

Please find attached the complaint that was filed against your law firm and Iron

Maiden yesterday. Your $150,000.00 settlement offer is rejected. Please let me know if you will accept service for your law firm and Iron Maiden. I would appreciate the professional courtesy. Also, at your earliest convenience, please provide me information related to your law firm's professional liability insurance carrier and policy.

Thank you.

**David Lisko** | **Holland & Knight**
Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone 813.227.6397 | Fax 813.229.0134
david.lisko@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** cmecf_flmd_notification@flmd.uscourts.gov
<cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Wednesday, February 24, 2021 3:16 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 8:21-cv-00439 Viral Style, LLC v. Iron Maiden Holdings Ltd. et al Complaint

*[External email]*

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Lisko, David on 2/24/2021 at 3:15 PM EST and filed on 2/24/2021
**Case Name:**    Viral Style, LLC v. Iron Maiden Holdings Ltd. et al
**Case Number:**    8:21-cv-00439

**Filer:** Viral Style, LLC
**Document Number:** 1

**Docket Text:**
**COMPLAINT against All Defendants with Jury Demand filed by Viral Style, LLC. (Attachments: # (1) Civil Cover Sheet Civil Cover Sheet, # (2) Exhibit A - Terms of Service, # (3) Exhibit B - Amended Complaint, # (4) Exhibit C - Ex Parte TRO Motion, # (5) Exhibit D - Order Granting Ex Parte Motion, # (6) Exhibit E - Emails Between Counsel, # (7) Exhibit F - Notice of Voluntary Dismissal, # (8) Exhibit G - Preliminary Injunction Order, # (9) Exhibit H - Final Judgment, # (10) Exhibit I - Demand Letters, # (11) Exhibit J - PayPal Email)(Lisko, David)**

**8:21-cv-00439 Notice has been electronically mailed to:**

David Lisko    david.lisko@hklaw.com, joann.colon@hklaw.com

**8:21-cv-00439 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021] [FileNumber=20612479-
0]
[84f71e619f37d742eb93190826b55b1d0fb15333b83b5fa16d3a374fc0fdd179df
da961257816eb74afdf60aca03b72f6ebb67821a0a348300d01503cc6c9b24]]
**Document description:** Civil Cover Sheet Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021] [FileNumber=20612479-
1]
[9adfc0ecc5935424eb98ccc52944108d862a8d03ab9c8e2cfc22506aaa774f532b
80392159e31fc8cb7b75c68e6c77f04cd945c904a3c1434dbbaa787d29f766]]
**Document description:** Exhibit A - Terms of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021] [FileNumber=20612479-
2]
[13ea57134bd4e817951aebb901f71d1e7a09733ba0e53d0351e46a331edd691e01
93370839fd71425918b41b5dc3a050f8b763e44c97e07e9bc06c1f6ba1fd78]]
**Document description:** Exhibit B - Amended Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021]

[FileNumber=20612479-3]
[9ee5eb57e2091d438067c6c9ce2191dd084c17c1c8bb133aa5a122fc05d7b8f5d89a430f30cddd4db62f77fc3037ef7fa3b8c65bf1f4c0788d08bd6a2b92f94b]]

**Document description:** Exhibit C - Ex Parte TRO Motion
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021]
[FileNumber=20612479-4]
[8258b200153c1d8cf6d388b4bf9aaad4bf3d583640445126b5ce875e9720a2fb0a11d02bfc128b32b181a83cb390e267891a80ba26668ca236bfc2e4ab6a7e23]]

**Document description:** Exhibit D - Order Granting Ex Parte Motion
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021]
[FileNumber=20612479-5]
[21e92fb0526722048ab415b76c4fb5acd4586e2311b816ea51b0b4b21ac631a04dd7eea71aed9b561c9f29e2ee4b2574463bf8f7ae3e9b3d6fefdccd98274ffe]]

**Document description:** Exhibit E - Emails Between Counsel
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021]
[FileNumber=20612479-6]
[6083d103b38b0fb23c65441672442bca98a956392fb5acf987bc1a13cd3597e41c4940bef20724640734b27205651ba9ea5d6de01cd8a8c039e8236cd8dfc12e]]

**Document description:** Exhibit F - Notice of Voluntary Dismissal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021]
[FileNumber=20612479-7] [90863a7e412b33ae5a599a609d1f53fd82fd787ac8d0abff5caf45eb8eeaf224c942f53d2ced135627e7e3d370ac30e37eb463f4161e13b9720cebd25151842b]]

**Document description:** Exhibit G - Preliminary Injunction Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021]
[FileNumber=20612479-8]
[7fa88af228533f702b26f3383c33e5a9889bf9e4ae003972961a0474563075b4a65bea30a8a74d6f1d2fbcd0a70bbfe22cbbc874e56a7b19fdb3eab0427a3066]]

**Document description:** Exhibit H - Final Judgment
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021]
[FileNumber=20612479-9]
[763ea63cf5edaa4436620978c16cc3c52d352c0b1027d875da0eba791a4fd12fce

c157dbd69b3e1009227096464f0bb659ac474d5658d43afb0043005ef11e1a]]
**Document description:**Exhibit I - Demand Letters
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021]
[FileNumber=20612479-
10]
[06b786c35d9a7e7220b4d843f5a2aa2779282b00cd8729424dd23f29d95ff9d86
ae0cc85d89dadc4bafc97d9f98ca75fcde5d80f7f50328ae95b97a02697e718]]
**Document description:**Exhibit J - PayPal Email
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/24/2021]
[FileNumber=20612479-
11]
[3fd1455eb7cd51c9d90ecb13bdd2b9182c0f84a7ed7cd061d7f7092012fe3dbc7
c1d5e064bf148a367ad4500158b6110720c65e04441769183af8535030b60e4]]

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.