UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRAL STYLE, LLC,

    Plaintiff,

v.                                        Case No. 8:21-cv-00439-SDM-TGW

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

    Defendants.
_____/

## NOTICE OF PROOF OF SERVICE ON DEFENDANT IRON MAIDEN HOLDINGS LTD.

Pursuant to Middle District of Florida Local Rule 1.10, Plaintiff Viral Style, LLC files the attached proof of service on Defendant Iron Maiden Holdings Ltd. ("Iron Maiden"). On March 12, 2021, Iron Maiden was served with copies of the Complaint and summons at Iron Maiden's registered office. (*See* Exhibits 1-3). Additionally, on March 11, 2021, Iron Maiden was served with copies of the Complaint and summons via certified mail. (*See* Exhibit 4).

Dated: March 18, 2021          HOLLAND & KNIGHT LLP

                                        */s/ Daniel L. Buchholz*
                                        David J. Lisko, FBN: 92841
                                        david.lisko@hklaw.com
                                        Daniel L. Buchholz, FBN: 1010188
                                        daniel.buchholz@hklaw.com
                                        100 N. Tampa Street, Suite 4100
                                        Tampa FL 33602
                                        813-227-8500

                                        *Attorneys for Plaintiff*
                                        *Viral Style, LLC*