# Exhibit 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| VIRAL STYLE, LLC | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:21-cv-00439-SDM-TGW |
| IRON MAIDEN HOLDINGS LTD. AND AM SULLIVAN LAW, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Iron Maiden Holdings Ltd.
Bridle House
36 Bridle Lane
London, W1F 9BZ
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Lisko, Esq.
Daniel L. Buchholz, Esq.
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
(813) 227-8500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 26, 2021

C.Roberts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  IRON MAIDEN HOLDINGS LIMITED

was received by me on *(date)*  MARCH 10, 2021  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I SERVED THE SUMMONS ON IRON MAIDEN HOLDINGS LIMITED BY LEAVING IT AT BRIDLE HOUSE, 36 BRIDLE LANE, LONDON, W1F 9BZ, ENGLAND, BEING THE REGISTERED OFFICE ADDRESS OF THE COMPANY. SERVED ON FRIDAY MARCH 12, 2021 AT APPROXIMATELY 11:20 HOURS.

My fees are $ _____ for travel and $ _____ for services, for a total of $  £200.00  .

I declare under penalty of perjury that this information is true.

Date:  MARCH 15, 2021

*Server's signature*

MARK SEWELL
*Printed name and title*

BRITANNIA PROCESS SERVERS LIMITED
17 ENSIGN HOUSE, ADMIRALS WAY, LONDON E14 9XQ, ENGLAND, GB
*Server's address*

Additional information regarding attempted service, etc: