# Exhibit 2

Affidavit on behalf of the Plaintiff
Affidavit of: Mark Sewell
Exhibit No: 'A'
Date Sworn: March 15, 2021

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**VIRAL STYLE, LLC, Plaintiff**

**CIVIL ACTION NO. 8:21-cv-00439-SDM-TGW**

V.

**IRON MAIDEN HOLDINGS LTD. AND**
**AM SULLIVAN LAW, LLC, Defendants**

---

### AFFIDAVIT OF SERVICE OF MARK SEWELL

---

I Mark Sewell of Britannia Process Servers Limited, 17 Ensign House, Admirals Way, London, E14 9XQ, United Kingdom, process server, state on OATH:-

1. That I am over 18 years of age and authorized to serve legal process in England & Wales.

2. That, acting under the direction of Holland & Knight (UK) LLP, of Leaf 27C, Tower 42, 25 Old Broad Street, London, England EC2N 1HQ, English Solicitors for the above-named Plaintiff, Viral Style LLC, I did on Friday, March 12, 2021 at approximately 11:20am (UK time), at Bridle House, 36 Bridle Lane, London, W1F 9BZ, England serve on Iron Maiden Holdings Ltd (a company registered in England and Wales with company number 01565159) ("Company"), the following documents, being documents relating to the proceedings in which this Affidavit is sworn, and also a covering letter from Holland & Knight (UK) LLP dated 10 March 2021 addressed to the Company (the letter and the documents together hereafter referred to as "Documents"):

    a. Summons in a Civil Action dated 26 February 2021
    b. Complaint (including the exhibits referred to therein) dated 24 February 2021

by leaving the Documents at the aforementioned address with an adult female who identified herself as Adele Hall and an employee of the Company. Upon arrival at the premises, I enquired of the aforementioned Adele Hall whether any Directors of the Company or any persons who held a senior position in the Company were present at the

premises. I was informed by Ms Hall that there were not. I therefore asked Ms Hall to pass on the Documents to a Director of the Company as soon as possible. Ms Hall said that she would do so. Ms Hall looked through the Documents briefly and mentioned that she had received a package of documents regarding the same matter on Thursday 11 March 2021 from Fedex, which she had forwarded to the finance director of the Company.

3. A copy of the letter of Holland & Knight (UK) LLP which is referred to in paragraph 2 of this Affidavit is now produced and shown to me marked Exhibit 'A'.

4. When I first arrived at the premises, there was no answer when I pressed the buttons on the door entry system. I subsequently spoke, on two occasions, with an adult male who informed me that he worked for one of the other companies that is based in the same building (I believe he identified himself as Martin Norfolk from Carbon Networks Limited). On the second occasion, which was at approximately 11.00am, UK time, he passed his mobile phone to me and said that he had Iron Maiden's solicitor on the line. I had a brief conversation with a gentleman who confirmed to me that he was Iron Maiden's solicitor. I asked the gentleman to email me so that I could have his contact details. Shortly afterwards, I received an email from an Andrew Wyllie, from which it appears that he was the gentlemen with whom I had the telephone conversation. A copy of the email is now produced and shown to me marked Exhibit 'B'.

**Statement of truth**

I believe that the facts stated in this Affidavit are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Signed: *M Sewell*

Sworn at *12 Broadway Rainham Essex UK*

This March 15, 2021.

Before me *Rr Norngt*

A Notary Public.

Roger Norrington
Notary Public
12 Broadway
Rainham
Essex RM13 9Y'
Tel: 01708 5…
email: rnorrington@sackv…

Affidavit on behalf of the Plaintiff
Affidavit of: Mark Sewell
Exhibit No: 'A'
Date Sworn: March 15, 2021

# UNITED STATEMENTS DISTRICT COURT
# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**VIRAL STYLE, LLC, Plaintiff**

CIVIL ACTION NO.    8:21-cv-00439-SDM-TGW

V.

**IRON MAIDEN HOLDINGS LTD. AND
AM SULLIVAN LAW, LLC, Defendants**

---

### EXHIBIT 'A'

---

This is the Exhibit marked 'A' referred to in the Affidavit of Service of Mark Sewell Sworn on March 15, 2021.

Before me

*[signature]*

A Notary Public

Roger Norrington
Notary Public
12 Broadway
Rainham
Essex RM13 9YL
Tel: 01708 552804
email: rnorrington@sackvilles.co.uk

# Holland & Knight

Leaf 27C, Tower 42 | 25 Old Broad Street | London EC2N 1HQ | T +44.20.7240.6767 | F +44.20.7836.0699
Holland & Knight (UK) LLP | www.hklaw.com

Sender's Name: Tim Murray
Sender's Email: tim.murray@hklaw.com

10 March 2021

Iron Maiden Holdings Limited
Bridle House
36 Bridle Lane
London
W1F 9BZ
England

Re: **Our client: Viral Style, LLC**

Dear Sirs,

We are the English solicitors of the above-named company.

At the request of our client, we have been instructed to serve upon you, and hereby enclose by way of service, the following documents relating to legal proceedings that our client has commenced against you and AM Sullivan Law, LLC in The United States District Court for the Middle District of Florida, Tampa Division:

1. Summons in a Civil Action dated 26 February 2021;
2. Complaint (including the exhibits referred to therein) dated 24 February 2021.

Other than acknowledging receipt of this letter to us – which we should be grateful if you would do immediately by email to tim.murray@hklaw.com – all further communications relating to this matter should be directed to our client's Florida lawyers, whose details are as follows:

David J. Lisko:     david.lisko@hklaw.com
Daniel L. Buchholz: daniel.buchholz@hklaw.com

Holland & Knight, LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
USA

Tel:   +1 813.227.6580

Holland & Knight (UK) LLP is a limited liability partnership registered in England and Wales with registered number OC327443. Its registered office and principal place of business is Leaf 27C, Tower 42, 25 Old Broad Street, London EC2N 1HQ and it is authorized and regulated by the Solicitors Regulation Authority, SRA number 463499.

**Important notice**

Holland & Knight LLP have asked us to inform you that:

A. **You must file a response within 21 days after service of the Complaint; and that.**

B. **Failure to respond to the Complaint may result in a judgment against you without further notice.**

Yours faithfully,

*Holland & Knight (UK) LLP*

HOLLAND & KNIGHT (UK) LLP

Affidavit on behalf of the Plaintiff
Affidavit of: Mark Sewell
Exhibit No: 'A'
Date Sworn: March 15, 2021

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**VIRAL STYLE, LLC, Plaintiff**

CIVIL ACTION NO.     8:21-cv-00439-SDM-TGW

V.

**IRON MAIDEN HOLDINGS LTD. AND
AM SULLIVAN LAW, LLC, Defendants**

---

### EXHIBIT 'B'

---

This is the Exhibit marked 'B' referred to in the Affidavit of Service of Mark Sewell Sworn on March 15, 2021.

Before me

*[signature]*

A Notary Public

Roger Norrington

12 Broadway
Rainham
Essex RM13 9YL
Tel: 01708 552804
email: r.norrington@seckvilles.co.uk

### Bridle House

**Andrew Wyllie** <andrew@maidenoffice.com>
Fri 12/03/2021 11:07
To: Britannia Process Servers <info@londonprocessservers.com>

Hello

I was asked to email this address by someone who visited our offices today (36 Bridle Lane, London, W1F 9BZ) which were unoccupied other than an IT consultant who was carrying out some maintenance. I understand this person was trying to serve some legal papers to that address. I am unaware of who they were trying to serve or what the matter may be about. Please can you provide further information so I can determine if we are able to take receipt of the papers in question.

Best wishes

Andrew

Affidavit on behalf of the Plaintiff
Affidavit of: Mark Sewell
Exhibit No: 'A'
Date Sworn: March 15, 2021

# UNITED STATEMENTS DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

VIRAL STYLE, LLC, Plaintiff

                                              CIVIL ACTION NO.     8:21-cv-00439-SDM-TGW

      V.

IRON MAIDEN HOLDINGS LTD. AND
AM SULLIVAN LAW, LLC, Defendants

---

**AFFIDAVIT OF SERVICE OF MARK SEWELL**

---

                                              Holland & Knight, LLP
                                              100 N. Tampa Street, Suite 4100
                                              Tampa, FL 33602
                                              USA

                                              Tel: 813.227.6580

                                              Attorneys for the Plaintiff.