# Exhibit 4



March 11, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 784413234555

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.ADDAL | **Delivery Location:** | BRIDLE HOUSE 36 BRIDLE LANE |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday; Indirect Signature Required | | LONDON, LO, W1F9BZ |
| | | **Delivery date:** | Mar 11, 2021 10:05 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 784413234555 | **Ship Date:** | Mar 5, 2021 |
| | | **Weight:** | 1.7 LB/0.77 KG |

**Recipient:**
IRON MAIDEN HOLDINGS LTD., IRON MAIDEN HOLDINGS LTD.
BRIDLE HOUSE 36 BRIDLE LANE
LONDON, LO, GB, W1F9BZ

**Shipper:**
BUCHHOLZ DANIEL, HOLLAND KNIGHT
100 NORTH TAMPA STREET
SUITE 4100
TAMPA, FL, US, 33602

| | |
|---|---|
| **Reference** | 162184.00003 |
| **Purchase Order** | 162184.00003 |
| **Invoice** | Legal documents |



Thank you for choosing FedEx