UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRAL STYLE, LLC,

    Plaintiff,

v.                               Case No. 8:21-cv-439-SDM-TGW

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

    Defendants.
_____

# CASE MANAGEMENT REPORT[*]

## 1. Date and Attendees

The parties conducted the planning conference on May 12 and 13, 2021, including exchange of drafts of the Case Management Report initially provided by Daniel Buchholz, Esq., and a telephone conference between David Lisko, Esq., on behalf of the Plaintiff, and Edward S. Polk, Esq., and Marc A. Rapaport, Esq., on behalf of the Defendants, attended the conference.

## 2. Deadlines and Dates

The parties request these deadlines and dates:

| Action or Event | Date |
| --- | --- |
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 6/16/2021 |

---

[*]The Defendants have pending a Motion to Dismiss [ECF 20] asserting this Court lacks personal jurisdiction over either of the Defendants, and the Plaintiff lacks standing to assert certain of its claims. The Motion to Dismiss also asserts failure to state a claim under Fed. R. Civ. P. 12(b)(6). By participating in the preparation and submission of this Case Management Report, and complying with court ordered deadlines, the Defendants do not intend to waive their jurisdictional arguments, but merely seek to avoid any appearance of disrespect or disregard for the Court's directive to submit a case management report.

| | |
|---|---|
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 6/16/2021 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 9/6/2021 |
| Defendant's deadline for disclosing any expert report. | 10/6/2021 |
| Deadline for disclosing any rebuttal expert report. | 11/5/2021 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 12/6/2021 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | NA |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 1/5/2022 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. | 12/13/2021 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 4/4/2022 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 4/18/2022 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 5/6/2022 |
| Month and year of the trial term. | June 2022 |

The trial will last approximately **3** days and be

☒ jury.

☐ non-jury.

3. **Description of the Action**

   Plaintiff alleges that Defendants improperly took $200,000.00 from Plaintiff's PayPal account. Plaintiff seeks monetary relief for civil theft under Fla. Stat. § 772.11 and for conversion, fraud, tortious interference with a business relationship, and civil conspiracy under Florida common law.

   Defendants deny liability as to all counts in Plaintiff's Amended Complaint and Defendants challenge both personal jurisdiction by the Court and venue under the specific facts and circumstances. Defendants further state that Plaintiff has failed to state a cause of action upon which relief may be granted as to all counts. Should the Defendants be required to answer the Amended Complaint, they will assert whatever additional defenses they believe appropriate.

4. **Disclosure Statement**

   ☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   ☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

   ☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

   ☐ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

   ☒ The parties do request a preliminary pretrial conference, and the parties want to discuss the personal jurisdiction and standing issues asserted in Defendants' pending Motion to Dismiss, in order to assure judicial economy of effort in the event the Court's rulings may impact the need for further activities in this Court.

8. **Discovery Practice**

    ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

    The parties submit the following discovery plan under Rule 26(f)(2):

    A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

    ☒ Yes.
    ☐ No; instead, the parties agree to these changes: enter changes.

    B. Discovery may be needed on these subjects:
    - The allegations and claims in Plaintiffs' Amended Complaint, including any qualifications of, or topics raised by, any experts retained by either party.
    - Defendants' Affirmative Defenses, if applicable.
    - The parties are not construing this section to be a limit on the scope of discovery which may be taken throughout the proceedings.

    C. Discovery should be conducted in phases:

    ☒ No.
    ☐ Yes; describe the suggested phases.

    D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

    ☒ No.
    ☐ Yes; describe the issue(s).

    E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

    F.    The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

        ☒ No.
        ☐ Yes; describe the stipulation.

## 10. Request for Special Handling

    ☐ The parties do not request special handling.

    ☒ The parties request special handling. Specifically, the parties agree to the use of Zoom or similar technology for all events other than trial, including but not limited to mediation. The parties further respectfully request advance notice of any trial date or other event requiring personal attendance by parties in order to accommodate the need for travel from Great Britain by Iron Maiden Holdings' representatives.

    ☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

    ☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

| | |
|---|---|
| */s/ Daniel L. Buchholz* | */s/Daniel A. Shapiro* |
| HOLLAND & KNIGHT LLP | COLE, SCOTT & KISSANE, P.A. |
| David J. Lisko, FBN: 92841 | DANIEL A. SHAPIRO, FBN: 965960 |
| david.lisko@hklaw.com | daniel.shapiro@csklegal.com |
| Daniel L. Buchholz, FBN: 1010188 | EDWARD S. POLK, FBN: 239860 |
| daniel.buchholz@hklaw.com | edward.polk@csklegal.com |
| 100 N. Tampa Street, Suite 4100 | D. MICHAEL ARDENALL, JR., FBN: 035268 |
| Tampa FL 33602 | michael.ardenall@csklegal.com |
| 813-227-8500 | 4301 W. Boy Scout Blvd. Suite 400 |
| | Tampa, Florida 33607 |
| *Attorneys for Plaintiff* | 813-289-9300 |
| *Viral Style, LLC* | |
| | |
| Dated: May 17, 2021 | *Attorneys for Defendants Iron Maiden Holdings Ltd., and AM Sullivan Law, LLC* |

5

Dated: May 17, 2021

Case 8:21-cv-00439-SDM-TGW   Document 26   Filed 05/17/21   Page 6 of 6 PageID 535

6