**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VIRAL STYLE, LLC,

    Plaintiff,
v.                                            Case No. 8:21-cv-00439-SDM-TGW

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

    Defendants.
_____/

## NOTICE OF MEDIATION

Pursuant to the Court's Order (Doc. 28), a mediation conference will be held at the following time and place:

**MEDIATOR**:     Charles Castagna
                        Charles N. Castagna Mediation, Inc.
                        650 Cleveland Street #990
                        Clearwater, FL  33757
                        Phone: 727-754-2089

**PLACE**:         Holland & Knight LLP
                        100 N. Tampa Street, Suite 4100
                        Tampa, FL 33602
                        813-227-8500

                        And via Zoom link (to be circulated by the mediator prior to the mediation conference)

**DATE/TIME**:     Friday, August 20, 2021 – 9:30 a.m.

Dated:  July 2, 2021                                   HOLLAND & KNIGHT LLP

                                                                  */s/ Daniel L. Buchholz*
                                                                   David J. Lisko, FBN: 92841
                                                                   david.lisko@hklaw.com

Daniel L. Buchholz, FBN: 1010188
daniel.buchholz@hklaw.com
100 N. Tampa Street, Suite 4100
Tampa FL 33602
813-227-8500

*Attorneys for Plaintiff*
*Viral Style, LLC*