# United States District Court
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

VIRAL STYLE, LLC

# NOTICE

v.

CASE NUMBER: **8:21-cv-439-SDM-TGW**

IRON MAIDEN HOLDINGS, INC. and
AM SULLIVAN LAW, LLC

---

**TYPE OF CASE**

X  CIVIL            ☐ CRIMINAL

---

X   TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below.

| PLACE | ROOM NO. |
|---|---|
| **UNITED STATES COURTHOUSE** <br> 801 North Florida Avenue <br> Tampa, Florida   33602 | **COURTROOM 15A** <br><br> DATE AND TIME <br> **7/27/2021 — 10:00 A.M.** |

**TYPE OF PROCEEDING**

HEARING ON
Motion to Dismiss
(Doc. 20)
Before the Honorable Steven D. Merryday

---

☐   TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO: (Date and Time) |
|---|---|---|
|  |  |  |

---

**ELIZABETH WARREN**
U.S. MAGISTRATE OR CLERK OF COURT

July 12, 2021                                                  */s/ Rebecca Kline*
DATE                                                            (BY) DEPUTY CLERK