## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

### CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:21-cv-439-SDM-TGW | **DATE:** July 27, 2021 |
| **HONORABLE STEVEN D. MERRYDAY** | **COURTROOM:** 15A |
| **Viral Style, LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**Iron Maiden Holdings Ltd and AM Sullivan Law, LLC,**<br><br>    **Defendants.** | **PLAINTIFF'S COUNSEL**<br>Daniel Buchholz<br>Avery Smith - intern<br><br>**DEFENSE COUNSEL**<br>D. Michael Arendall |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 10:01 a.m.–11:28 a.m.<br>       11:46 a.m.–11:55 a.m. | **TOTAL:** 1 hour, 36 minutes |

**PROCEEDINGS: HEARING ON DEFENDANTS' MOTION TO DISMISS (DOC. 20)**

- Court in session.

- All parties are present in the courtroom and identified for the record.

- The plaintiff clarifies points in their amended complaint and provides argument regarding venue.

- The defendants argue their motion to dismiss (Doc. 20).

- Plaintiff's response

- Order to follow

- Hearing concluded