**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VIRAL STYLE, LLC,

    Plaintiff,

v.                                            Case No. 8:21-cv-439-SDM-TGW

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

    Defendants.

_____

**PLAINTIFF'S UNOPPOSED MOTION TO BRING**
**ELECTRONIC DEVICES INTO THE COURTHOUSE**

Pursuant to the Court's Order Scheduling Settlement Conference (Doc. 38), Plaintiff Viral Style, LLC ("**Viral Style**") respectfully requests the Court allow Viral Style's representatives, Brandon Congleton and Reggie Golembeski, and its counsel, David Lisko and Daniel Buchholz, to bring their cellphones and laptops into the Sam M. Gibbons United States Courthouse for purposes of the settlement conference scheduled for August 10, 2021. In support, Viral Style states as follows:

    1.    On August 3, 2021, the Court scheduled a settlement conference to occur on August 10, 2021, at the Sam M. Gibbons United States Courthouse. (Doc. 38). The Court explained that "[t]he parties and their respective counsel must appear at the settlement conference with full authority to settle the case." (*Id.* at 3). The Court also directed the parties to file a motion if the parties or their counsel need to bring electronic devices, including laptops and cellphones, into the courthouse for the settlement conference. (*Id.* at 4).

2. Mr. Lisko and Mr. Buchholz will attend the settlement conference as counsel for Viral Style. Mr. Lisko and Mr. Buchholz require the use of their cellphones and laptops to assist them during the settlement conference.

3. Mr. Congleton, Viral Style's chief executive officer, and Mr. Golembeski, Viral Style's director of business, manage the day-to-day business of Viral Style. Mr. Congleton and Mr. Golembeski will serve as Viral Style's corporate representatives for purposes of this settlement conference and possess the requisite authority to settle the case on behalf of Viral Style. Accordingly, both Mr. Congleton and Mr. Golembeski will attend the settlement conference on behalf of Viral Style. Mr. Congleton and Mr. Golembeski require the use of their cellphones and laptops to assist them during the settlement conference and to continue managing the day-to-day operations of Viral Style.

WHEREFORE, Viral Style respectfully requests the Court enter an order authorizing Brandon Congleton, Reggie Golembeski, David Lisko, and Daniel Buchholz to bring their cellphones and laptops into the Sam M. Gibbons United States Courthouse for purposes of the settlement conference scheduled for August 10, 2021.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that counsel for Viral Style conferred in good faith with counsel for Defendants.  Defendants' counsel does not oppose the relief requested in this Motion.

        Respectfully Submitted,

*/s/ Daniel Buchholz*
HOLLAND & KNIGHT LLP
David Lisko
Florida Bar No. 0092841
david.lisko@hklaw.com
Daniel L. Buchholz
Florida Bar No. 1010188
Daniel.Buchholz@hklaw.com
100 N. Tampa Street, Suite 4100
Tampa FL 33602
Telephone: 813-227-8500
Facsimile: 813-229-0134
Secondary email address:
joann.colon@hklaw.com
Trial Counsel For Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2021, a true and correct copy of the foregoing was served electronically upon counsel for the Defendants, as follows:

COLE, SCOTT & KISSANE, P.A.
DANIEL A. SHAPIRO, FBN: 965960
daniel.shapiro@csklegal.com
EDWARD S. POLK, FBN: 239860
edward.polk@csklegal.com
D. MICHAEL ARDENALL, JR., FBN: 035268
michael.ardenall@csklegal.com
4301 W. Boy Scout Blvd. Suite 400

Tampa, Florida 33607
813-289-9300

*Attorneys for Defendants
Iron Maiden Holdings Ltd., and
AM Sullivan Law, LLC*

                                                 */s/ Daniel Buchholz*
                                                 Attorney