UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

| | |
|---|---|
| CASE NO.   8:21-cv-439-SDM-TGW | DATE   August 10, 2021 |
| TITLE   Viral Style, LLC v. Iron Maiden Holdings, LLC; AM Sullivan Law, LLC | |
| TIME   1:12 – 4:50 | TOTAL   3 hrs. 38 min. |
| Honorable   AMANDA ARNOLD SANSONE | Deputy Clerk   Cathy Morgan |
| Court Reporter/Tape   Digital | Courtroom   10B |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s): | Defendant(s): |
|---|---|---|
| David Lisko, Esq. | Dennis Arendall, Jr., Esq. | |
| Daniel Buchholz, Esq | Ann Marie Sullivan, Esq. | |
| | Allison Carter, Esq. | |

**PROCEEDINGS:**

### MEDIATION CONFERENCE

Court explains mediation procedures.   Parties agree to have a law clerk present during mediation. Parties are brought into chambers for private caucus.   Parties have agreed to continue settlement negotiations.   Mediation is continued to Friday, August 13, 2021.   Parties were satisfied with the mediation procedures and the work of their attorneys.