UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-CV-00439-SDM-TGW

VIRAL STYLE, LLC,

Plaintiff,

v.

IRON MAIDEN HOLDINGS LTD.
and AM SULLIVAN LAW, LLC,

Defendants.
_____/

## **JOINT MOTION TO DISPENSE WITH MEDIATION**

Plaintiff Viral Style, LLC, and Defendants Iron Maiden Holdings Ltd., and AM Sullivan Law, LLC, respectfully move this Court to dispense with the mediation currently scheduled to take place on August 20, 2021, with Charles N. Castagna.

1. On June 29, 2021, this action was referred to mediation [DE 28]. The parties were ordered to conduct mediation on or before August 25, 2021. *Id*.

2. On July 27, 2021, the parties appeared before Judge Merryday on Defendants' Motion to Dismiss Plaintiff's Complaint. Following this hearing, the parties engaged in discussions with the Court that resulted in a referral by the Court to a settlement conference with a United States Magistrate Judge.

3.     On July 29, 2021, the Court appointed Magistrate Judge Amanda Sansone to preside over the settlement conference. [DE 37].

4.     On August 10, 2021, the parties participated in the settlement conference with Magistrate Judge Sansone. Although the settlement conference recessed that afternoon, Magistrate Judge Sansone asked and the parties agreed to continue their settlement discussions for an initial period of 48 hours, later extended, at the parties' request, until August 18, 2021.

5.     Despite the settlement conference and resulting discussions over the course of more than a week, the parties were not able to reach an agreement, with an impasse expected to be entered by Magistrate Judge Sansone.

6.     In light of the close proximity in time between the impasse and the currently schedule mediation, together with the fact that the parties have thoroughly explored litigation risk and various settlement alternatives, on their own and with the Magistrate Judge, the parties believe the mediation scheduled for August 20, 2021 would not be a productive session and would result in the parties incurring additional expense unnecessarily.

WHEREFORE, Plaintiff Viral Style, LLC, and Defendants Iron Maiden Holdings Ltd., and AM Sullivan Law, LLC, respectfully move this Court to enter an order relieving them from and dispensing with the mediation currently scheduled to take place on August 20, 2021, with Charles N. Castagna, together

with such other and further relief as the Court deems appropriate under the circumstances.

## LOCAL RULE 3.01(g) CERTIFICATION

WE HEREBY CERTIFY that the parties have conferred with one another party regarding this motion and that the parties agree upon the relief sought.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 19th day of August 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

| | |
|---|---|
| COLE, SCOTT & KISSANE, P.A.<br>Counsel for Defendants<br>4301 West Boy Scout Boulevard, Suite 400<br>Tampa, Florida 33607<br>Telephone (305) 350-5338<br>Facsimile (813) 286-2900<br>Primary e-mail: edward.polk@csklegal.com<br>Secondary e-mail: michael.arendall@csklegal.com<br><br>s/ *Edward S. Polk*<br>DANIEL A. SHAPIRO<br>Florida Bar No.: 965960<br>EDWARD S. POLK<br>Florida Bar No.:  239860<br>D. MICHAEL ARENDALL, JR.<br>Florida Bar No.:  035268<br>MARC A. RAPAPORT<br>Florida Bar No.: 1008359 | HOLLAND & KNIGHT LLP<br>Trial Counsel for Plaintiff<br>100 N. Tampa Street, Suite 4100<br>Tampa FL 33602<br>Telephone: 813-227-8500<br>Facsimile: 813-229-0134<br>Primary email:  david.lisko@hklaw.com<br>Secondary email: joann.colon@hklaw.com<br>Alternate email: daniel.buchholz@hklaw.com<br><br>/s/ *Daniel Buchholz*<br>DAVID LISKO<br>Florida Bar No. 0092841<br>DANIEL L. BUCHHOLZ<br>Florida Bar No. 1010188 |